| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-11795-T<br>Northern District of Oklahoma<br>Tulsa<br>Sun Dec 14 17:57:04 CST 2025 | ATHENE ANNUITY & LIFE CO<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Adam Boyle<br>10841 W Overlook Dr<br>Sand Springs, OK 74063-7873 |
| Alfredo Lopez<br>2511 S 110th E Ave<br>Tulsa, OK 74129-5032 | American Express National Bank<br>American Express National Bank<br>P.O. Box 30384<br>Salt Lake City, UT 84130-0384 | Amie Luna<br>18534 E 4th St<br>Tulsa, OK 74108-2332 |
| Andrew Sargent<br>8106 S Pittsburg Ave<br>Tulsa, OK 74137-1629 | Antwan Ramsey<br>2723 N Cheyenne Ave<br>Tulsa, OK 74106-2218 | Apex Title & Closing Services, LLC<br>3510 S 79th East Ave<br>Tulsa, OK 74145-1337 |
| Bao Nguyen<br>8018 S Marion Ave<br>Tulsa, OK 74136-8037 | Behkam Bahadoran<br>626 S Sheridan Rd Apt 15<br>Tulsa, OK 74112-3145 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 |
| Bryan Fuentes<br>3127 E Woodrow St<br>Tulsa, OK 74110-2317 | Cecilia Barrett<br>2723 N Cheyenne Ave<br>Tulsa, OK 74106-2218 | Charles Steed<br>71 N Florence Ave<br>Tulsa, OK 74110-5512 |
| Charles Wilkerson<br>2653 N 377 Rd<br>Holdenville, OK 74848-9719 | Charles Wilkerson<br>4722 S Hudson Pl<br>Tulsa, OK 74135-6924 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Christopher Flagg<br>108 S 36th West Ave<br>Tulsa, OK 74127-8124 | Cristian Jaime<br>22 S 168th East Ave<br>Tulsa, OK 74108-1740 | Daniel Abad<br>204 N Hemlock Ave<br>Broken Arrow, OK 74012-2119 |
| Dawn Staggs<br>5825 E 35th St<br>Tulsa, OK 74135-5303 | Delana Farve<br>6639 S Victor Ave # 102<br>Tulsa, OK 74136-2473 | Diana Sauceda<br>6946 E Oklahoma Pl<br>Tulsa, OK 74115-5644 |
| Dominion Financial<br>32 South St<br>Baltimore, MD 21202-3214 | Dylan T. Duren<br>Robinett, Swartz & Duren<br>401 S. Boston Ave.<br>Suite 1600<br>Tulsa<br>Tulsa, OK 74103-4052 | Elvin Rivera<br>11611 E 28th St<br>Tulsa, OK 74129-8039 |
| Elvis Lopez<br>1615 S 69th East Ave<br>Tulsa, OK 74112-7438 | (p)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | First Bank & Trust Company<br>c/o Liz George and Associates<br>8101 S. Walker, Suite F<br>Oklahoma City, OK 73139-9406 |

First Bank and Trust
923 W. Main
Duncan, OK 73533-4617

First Pryority Bank
310 East Grahan
Pryor, Ok 74361-2435

First Pryority Bank
10632 S. Memorial Dr.
Tulsa, OK 74133-7365

Fz Chen
1225 E Allred
Porter, OK 74454-5013

Gary Bell
2653 N 377 Rd
Holdenville, OK 74848-9719

Lysbeth L. George
Liz George and Associates
8101 S. Walker, Suite F
Oklahoma City, OK 73139-9406

Georgina Pedraza
3127 E Woodrow St
Tulsa, OK 74110-2317

Gladys Galdamez
812 N Delaware Ave
Tulsa, OK 74110-5003

Griselda Dioncicio
10936 E 27th St
Tulsa, OK 74129-7525

Matthew J. Hudspeth
Baer & Timberlake, P.C.
PO Box 18486
Oklahoma City, OK 73154-0486

Hugo Gonzales
10918 E 26th St
Tulsa, OK 74129-5061

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ismael Lagunas-Romero
14234 E 37th St
Tulsa, OK 74134-5701

Ivan Rodriguez
1567 N Louisville Ave
Tulsa, OK 74115-4953

JP MORGAN MORTGAGE ACQ
P.O. Box 5026
FORT LAUDERDALE, FL 33310-5026

Jazmine Hernandez
9103 E 67th Ct
Tulsa, OK 74133-2206

Jeffrey Cruz
9103 E 67th Ct
Tulsa, OK 74133-2206

Jesse Fields
6232 E Latimer Pl
Tulsa, OK 74115-6730

Jessica Jones
1676 S Redbud Pl
Broken Arrow, OK 74012-5108

Jesus Aguilar
1107 N Hickory Dr
Broken Arrow, OK 74012-1601

Jimmy Bronn
2211 S 107th E Ave
Tulsa, OK 74129-4831

Joe Fennell
626 S Sheridan Rd Apt 3
Tulsa, OK 74112-3145

Jorge Giron
2633 E Haskell St
Tulsa, OK 74110-5320

Jorge Giron
701 N Birmingham Pl
Tulsa, OK 74110-5317

Jorge Manuel
3347 N Virgin St
Tulsa, OK 74115

Jose Solis
2515 N Xanthus Ave
Tulsa, OK 74110-2059

Joseph Mehaffey
5647 S 88th East Ave
Tulsa, OK 74145-7905

Juan Rodriguez
18534 E 4th St
Tulsa, OK 74108-2332

Karina Guadalupe Huerta
12817 E 24th Pl
Tulsa, OK 74129-6016

Katherine Vo
4029 S Rolling Oaks Dr
Tulsa, OK 74107-4874

| | | |
|---|---|---|
| Kiavi Funding, Inc<br>2 Allegheny Center, Nova Tower 2 Suite 2<br>Pittsburgh, PA 15212-5402 | Kim Barbee<br>539 N 23rd West Ave<br>Tulsa, OK 74127-6401 | Mary Kindelt<br>DOJ-Ust<br>P.O. Box 3044<br>Tulsa, OK 74101-3044 |
| Lane  King<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | Lauren Robertson<br>2217 S Erie Pl<br>Tulsa, OK 74114-2247 | Leo Hudson<br>9533 E 136th St S<br>Bixby, OK 74008-3509 |
| James C. Linger<br>1710 South Boston Avenue<br>Tulsa, OK 74119-4810 | Lisa Johnson<br>1909 N Firewood Ave<br>Broken Arrow, OK 74012-1262 | Maira Sanchez<br>3525 E Woodrow Pl<br>Tulsa, OK 74115-3933 |
| Maria Navarro<br>5120 E Haskell Pl<br>Tulsa, OK 74115-7615 | Marias Juarez<br>17778 S Hwy 75 A<br>Mounds, OK 74047 | Martha Arroyo<br>510 S 108th East Ave<br>Tulsa, OK 74128-2828 |
| Martha Rodriguez<br>204 N Hemlock Ave<br>Broken Arrow, OK 74012-2119 | Mason Colpitts<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | Matthew Custer<br>4511 W 5th St Mod 6<br>Tulsa, OK 74127-7638 |
| Melfor Ivan Cipriani Mendez<br>10936 E 27th St<br>Tulsa, OK 74129-7525 | Michael Clarke<br>7815 S 69th East Pl<br>Tulsa, OK 74133-3411 | Miguel Mendoza<br>1440 N Gary Pl<br>Tulsa, OK 74110-4819 |
| Monica Cisneros<br>2515 N Xanthus Ave<br>Tulsa, OK 74110-2059 | Morning star Bullet<br>9309 E 3rd Pl<br>Tulsa, OK 74112-2411 | Mynor Lopez<br>3344 S 124th East Ave<br>Tulsa, OK 74146-2235 |
| Natasha Overstreet<br>6347 E Newton St<br>Tulsa, OK 74115-6619 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>C/O ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>SAN DIEGO, CA 92108-3808 | NewRez dba Shellpoint Mortgage<br>Po Box 650840<br>Dallas, TX 75265-0840 |
| Nguyen Win Properties LLC<br>8018 S Marion Ave<br>Tulsa, OK 74136-8037 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | PARK FUNDING IV TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 |

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC<br>Baer & Timberlake, P.C.<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City, OK 73154-0486 | Pennymac Loan Services<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | Peter Lee<br>2059 Haywood Rd # 4<br>Mcalester, OK 74501-8976 |
| Public Service Company of Oklahoma d/b/a AEP<br>1 Riverside Plaza<br>13th Floor<br>Columbus, OH 43215-2355 | RML MASTER TRUSTTEXAS PSF<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Rachel Gritz<br>2704 W Easton St<br>Tulsa, OK 74127-6118 |
| Raymond Guiltner<br>5907 E Reading St<br>Tulsa, OK 74115-4425 | Raymond Yahola<br>626 S Sheridan Rd Apt 8<br>Tulsa, OK 74112-3145 | Renovo<br>222 W Adams St<br>Chicago, IL 60606-5259 |
| Richard Tipton<br>626 S Sheridan Rd Apt 11<br>Tulsa, OK 74112-3145 | Roeli Navarro<br>10956 E 3rd St<br>Tulsa, OK 74128-1602 | Roeli Navarro<br>1258 S 105th East Ave<br>Tulsa, OK 74128-4635 |
| Rofael Velazquez<br>626 S Sheridan Rd Apt 7<br>Tulsa, OK 74112-3145 | Rolando Garcia<br>3538 E Virgin Pl<br>Tulsa, OK 74115-3922 | Ronal Boteo<br>1010 N Irvington Ave<br>Tulsa, OK 74115-6602 |
| Ross Thompson<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | Ruth Botello<br>732 N Columbia Ave<br>Tulsa, OK 74110-5408 | Sarah Phillips<br>6232 E Latimer Pl<br>Tulsa, OK 74115-6730 |
| Selene Finance<br>3501 Olympus Boulevard Suite 500<br>Coppell, TX 75019-6295 | Selene Finance<br>PO Box 8619<br>Philadelphia, PA 19101-8619 | Selene Finance LP as the mortgage servicer<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>DELA TRUSTEE FOR PARK FUNDING II TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 |
| Selene Finance LP as the mortgage servicer<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>TRUSTEE FOR CHESTER ROAD FUNDING TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Selene Finance LP as the mortgage servicer<br>U.S. BANK TRUST NATIONAL ASSOCIATION<br>TRUSTEE FOR TREATY OAK MORTGAGE TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Selene Finance LP as the mortgage servicer f<br>US BANK TRUST NATIONAL ASSOCIATION<br>SOLEY AS TRUSTEE FOR STONE ROOTS M TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 |
| Selene Finance LP as the mortgage servicer f<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>TRUSTEE FOR IBIS HOLDINGS A TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Selene Finance LP as the mortgage servicer f<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>c/o De Cubas & Lewis, P.A.<br>P.O. Box 5026<br>Fort Lauderdale, FL 33310-5026 | Shamanta Portillo<br>1107 N Hickory Dr<br>Broken Arrow, OK 74012-1601 |
| Shante Bently<br>3103 N Hartford Ave<br>Tulsa, OK 74106-1903 | Sharon Wallace<br>626 S Sheridan Rd 1<br>Tulsa, OK 74112-3145 | Sovereign Bank<br>130 E Macarthur St<br>Shawnee, OK 74804-2136 |

| | | |
|---|---|---|
| Stephanie Friese<br>626 S Sheridan Rd Apt 12<br>Tulsa, OK 74112-3145 | Steven Schneiderman<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | Tandem<br>12131 113th Ave Ne Ste 201<br>Kirkland, WA 98034-6946 |
| Tia Ferguson<br>4537 S 32nd West Ave<br>Tulsa, OK 74107-6612 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 |
| U.S. Small Business Administration<br>Processing and Disbursment Center<br>14925 Kingsport Road<br>Disaster Assistance<br>Fort Worth, TX 76155-2243 | US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | US Security & Exchange Comm.<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Van Gip<br>4029 S Rolling Oaks Dr<br>Tulsa, OK 74107-4874 | Vanessa Gonzalez<br>1010 N Irvington Ave<br>Tulsa, OK 74115-6602 | Vivian Conwell<br>626 S Sheridan Rd Apt 10<br>Tulsa, OK 74112-3145 |
| Vontive<br>500 Sansome St Ste 615<br>San Francisco, CA 94111-3222 | Wade Bentley<br>3103 N Hartford Ave<br>Tulsa, OK 74106-1903 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 |
| Walter Smith<br>626 S Sheridan Rd Apt 6<br>Tulsa, OK 74112-3145 | WeStreet Credit Union<br>9323 E 21st St<br>Tulsa, OK 74129-1400 | Wendy Coronado<br>2511 S 110th E Ave<br>Tulsa, OK 74129-5032 |
| Wendy Davis<br>123 N New Haven Ave<br>Tulsa, OK 74115-7305 | Wilson Cruz<br>5120 E Haskell Pl<br>Tulsa, OK 74115-7615 | Xiao Jiang<br>1329 E Allred<br>Porter, OK 74454-9759 |
| Zain Matamoros<br>6946 E Oklahoma Pl<br>Tulsa, OK 74115-5644 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Fay Servicing, LLC<br>1601 Lyndon B Johnson Fwy Ste 150<br>Dallas, TX 75234-6519 | U.S. Attorney<br>110 West Seventh Street<br>Suite 300<br>Tulsa, OK 74119 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Apex Title & Closing Services, LLC<br>James C. Linger, Attorney for Creditor<br>1710 South Boston Avenue<br>Tulsa | (u)DOMINION FINANCIAL SERVICES, LLC<br>Baer Timberlake, PC<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City73154 | (d)Vontive<br>500 Sansome St Ste 615<br>San Francisco, CA 94111-3222 |

End of Label Matrix
Mailable recipients   141
Bypassed recipients     3
Total                 144