# EXHIBIT 1

## Loan 1391:

**Physical Address:** 1225 E. Allred, Porter, OK 74454

Lot 23 PORTER ACRES, a subdivision of part of E½ of NE¼ of Section 16, Township 16 North, Range 17 East of the Indian Base and Meridian, Wagoner County, State of Oklahoma.

## Loan 1393:

**Physical Address:** 345 Locust St., Big Cabin, OK 74332

Lot Two (2), in Block Five (5) in BROWN'S ADDITION, to the Town of Big Cabin, Craig County, Oklahoma, according to the Recorded Plat thereof, on file and of record in the office of the Craig County Clerk, State of Oklahoma.

**Physical Address:** 17778 South Highway 75 A, Mounds, OK 74047

A tract of land in the Southwest Quarter (SW/4) of Section 32, Township 17 North, Range 12 East of the Indian Base and Meridian, Creek County, State of Oklahoma, according to the U.S. Government survey thereof, being more particularly described as follows:
Commencing at the Southwest corner of said SW/4 of Section 32; Thence N00º19'20"E along West line of said SW/4 of Section 32 a distance of 1639.66 feet; Thence S89º59'47"E parallel to the North line of said SW/4 of Section 32 a distance of 654.98 feet to the point of beginning; Thence N00º19'20"E a distance of 500.59 feet; Thence S89º59'47"E a distance of 654.46 feet to the Westerly right-of-way of Highway 75-A; Thence S02º56'29"E along said right-of-way for a distance of 501.27 feet; Thence N89º59'47"W for a distance of 683.00 feet to the point of beginning.
LESS AND EXCEPT
A strip, piece or parcel of land lying in part of the SW/4 of Section 32, T17, R12E in Creek County, Oklahoma. Said parcel of land being described by metes and bounds as follows:
Commencing at the Northwest corner of said SW/4, thence N88°46'23"E along the North line of said SW/4 a distance of 1280.04 feet to a point on the present West right-of-way line of U.S. Highway No. 75A, thence S04°06'36"E along said present West right-of-way line a distance of 500.00 feet to the point of beginning, thence S04°06'36"E along said present West right-of-way line a distance of 502.34 feet, thence S88°46'23"W a distance of 27.03 feet, thence N04°06'36"W a distance of 502.34 feet, thence N88°46'23"E a distance of 27.03 feet to said point of beginning.

**Physical Address:** 71 North Florence Ave., Tulsa, OK 74110

The East 51 feet of the West 67 feet of the North 62.44 feet of Lot Two (2), Block One (1), POMEROY HEIGHTS ADDITION to Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 204 North Hemlock Ave., Broken Arrow, OK 74012

Lot Five (5), Block Two (2), COUNTRY AIRE ESTATES VI, a Subdivision in the City of Broken Arrow, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 320 East Xyler Street, Tulsa, OK 74106

Lot Seven (7), Block Seven (7), MEADOWBROOK SECOND ADDITION to Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 123 North New Haven Ave., Tulsa, OK 74115

Lot Eighteen (18), Block Sixteen (16), FEDERAL HEIGHTS SECOND ADDITION to Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 808 North Maplewood Ave., Tulsa, OK 74115

Lot Nine (9), Block Four (4), MARY-ELLEN ADDITION to Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 732 North Columbia Avenue, Tulsa, OK 74110

Lot Five (5), Block One (1), MERCER SUBDIVISION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 363.

**Physical Address:** 503 East Young St., Tulsa, OK 74106

Lot Thirty-one (31), Block Two (2), BROOKDALE ADDITION, to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 812 North Delaware Ave., Tulsa, OK 74110

The North 50 feet of the South 150 feet of Lot One (1), PORTLAND PLACE ADDITION, to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 626 South Sheridan Rd., Tulsa, OK 74112

A part of Lot Thirty-two (32), GLENHAVEN ADDITION, to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof, described as follows: Beginning at a point 77.5 feet North of the Southeast corner of said Lot Thirty-two (32); THENCE North on the East line of said Lot, 77.5 feet to a point; THENCE West on a line parallel to the South line of said Lot, 150 feet; THENCE South on a line parallel to the
East line of said Lot, 77.5 feet; THENCE East on a line parallel to the South line of said Lot, 150 feet to the Point of Beginning.
AND
The North 77.5 feet of the East 150 feet of Lot Thirty-two (32), GLENHAVEN ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 1107 North Hickory Dr., Broken Arrow, OK 74012

Lot Twenty-eight (28), Block One (1), HICKORY PLACE, an Addition to the City of Broken Arrow, Tulsa County, Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 1528 North Boston Ave., Tulsa, OK 74106

Lot Six (6), Block One (1), ENGLEWOOD ADDITION, an Addition to the City of Tulsa, County of Tulsa, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 2726 South 116th East Pl., Tulsa, OK 74129

Lot Five (5), Block Seven (7), SHANNON PARK 5TH ADDITION, an addition in the City and County of Tulsa, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 1567 North Louisville Ave., Tulsa, OK 74112

Lot Thirty (30), Block One (1), of Blocks 1, 2, 3, 4, 5, 6, 7, 8 & 9, LOUISVILLE HEIGHTS ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 1010 North Irvington Ave., Tulsa, OK 74115

Lot Twenty-seven (27), Block Twenty-four (24), MAPLEWOOD EXTENDED ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1718.

**Physical Address:** 1909 North Firewood Ave., Broken Arrow, OK 74012

Lot Four (4), Block Four (4), SOUTHBROOK, an Addition in the City of Broken Arrow, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 3876.

**Physical Address:** 1598 North New Haven Ave., Tulsa, OK 74115

Lot One (1), Block Twenty-six (26), OF BLOCKS 9 THROUGH 30, BOTH INCLUSIVE, LOUISVILLE HEIGHTS ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded
Plat No. 1462.

**Physical Address:** 2515 North Xanthus Ave., Tulsa, OK 74110

Lot Two (2), Block Two (2), ROBERTS ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 1775.

**Physical Address:** 2211 South 107th East Ave., Tulsa, OK 74129

Lot Two (2), Block Four (4), MESA PARK, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 2421.

**Physical Address:** 1903 North Atlanta Pl., Tulsa, OK 74110

Lot Three Hundred Seventy-three (373), Block Twenty. Nine (29), TULSA HEIGHTS, Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 2731 South 118th East Ave., Tulsa, OK 74129

Lot Eight (8), Block Four (4), SHANNON PARK 5TH ADDITION, an Addition in the City of Tulsa, Tulsa County, State of Oklahoma according to the recorded Plat No. 3053.

**Physical Address:** 2723 North Cheyenne Ave., Tulsa, OK 74106

Lot Seventeen (17), Block Four (4), HIGHLAND HILLS, an Addition to Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1596.

**Physical Address:** 3103 North Hartford Ave., Tulsa, OK 74106

Lot Eighteen (18), Block Four (4), TEEL TERRACE, an Addition in Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1955.

**Physical Address:** 3127 East Woodrow St., Tulsa, OK 71440

Lot Twenty (20), Block Two (2), FITTS ADDITION, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 3344 South 124th East Ave., Tulsa, OK 74146

Lot Nine (9), in Block Three (3), in BRIARGLEN East, an Addition to Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 3525 East Woodrow Pl., Tulsa, OK 74115

Lot Five (5), Block One (1), TOMMY'S ADDITION, an Addition in Tulsa County, State of Oklahoma, according to the Recorded Plat No. 2033.

**Physical Address:** 3538 East Virgin Pl., Tulsa, OK 74115

Lot Two (2), Block Eleven (11), OF BLOCKS 11, 12 AND 13, NEW HAVEN ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1600.

**Physical Address:** 3220 South Knoxville Ave., Tulsa, OK 74135

The South One Hundred Ten (110) feet of the North Two Hundred Fifty (250) of the East One Hundred Sixty-five (165) feet of Lot Ten (10), LESS the East Thirty (30) feet, ALBERT PIKE 2ND SUBDIVISION, Tulsa County, State of Oklahoma, according to the Recorded Plat NO. 822.

**Physical Address:** 4307 North Frankfort Pl., Tulsa, OK 74106

Lot Nineteen (19), Block Five (5), SUBURBAN ACRES SECOND ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1815.

**Physical Address:** 3704 East 99th St., Tulsa, OK 74137

Lot Eighteen (18), Block One (1), SILVER CHASE AMENDED, a Subdivision in the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 5120 East Haskell Pl., Tulsa, OK 74115

Lot Seven (7), Block Two (2), YALE CREST THIRD ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded plat No. 1516.

**Physical Address:** 6407 South 87th East Ave., Tulsa, OK 74133

Lot Seventeen (17), Block Six (6), BURNING TREE SOUTH to the City of Tulsa, County of Tulsa, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 6232 East Latimer Pl., Tulsa, OK 74115

Lot Twelve (12), Block Seventeen (17), MAPLEWOOD ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1590.

**Physical Address:** 6740 East 25th Pl., Tulsa, OK 74129

Lot Four (4), Block Six (6), JOHANSEN ACRES to Tulsa, Tulsa County, State of Oklahoma, according to the recorded Amended Plat thereof.

**Physical Address:** 6407 South 110th East Ave., Tulsa, OK 74133

Lot Thirty-three (33), Block Four (4), WEDGEWOOD VI, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 5647 South 88th East Ave., Tulsa, OK 74145

Lot Ten (10), Block Five (5), of Lots 12-25, Inclusive, Block One (1), Lots 18-36, Inclusive, Block Two (2), Lots 15-54, Inclusive, Block Three (3), Lots 1-7, Inclusive, Block Four (4), Lots 1-19, Inclusive, Block Five (5), WOODLAND VIEW PARK 2ND, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 3753 South 90th East Ave., Tulsa, OK 74145

Lot Twelve (12), Block Twelve (12) of RESERVE "A" LOTS 35 &36 OF BLOCK 7, AND BLOCKS 11 THRU 17 INCLUSIVE BRIARWOOD, Tulsa County, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 7336 East Latimer Pl., Tulsa, OK 74115

Lot Four (4), Block Six (6), DOLLIE-MAC ADDITION, an Addition to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1823.

**Physical Address:** 7144 East Marshall Pl., Tulsa, OK 74115

Lot Two (2), Block Six (6), SUN VALLEY 2ND ADDITION, a Subdivision to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 1660.

**Physical Address:** 12817 East 24th Pl., Tulsa, OK 74129

Lot Thirteen (13), Block Two (2), STACEY LYNN ADDITION, an Addition in Tulsa County, State of Oklahoma, according to the recorded Plat No. 2675.

**Physical Address:** 10613 East 33rd Ct., Tulsa, OK 74146

Lot Thirteen (13), Block Nine (9), BRIARDALE SECOND ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the Recorded Plat No. 3137.

**Physical Address:** 10956 East 3rd St., Tulsa, OK 74128

Lot Twelve (12), Block Twenty-two (22), Resubdivision of Lots 8 thru 21 in Block 22 and Lots 5 thru 10 in Block 24 and Lots 11 thru 17 in Blocks 25 of Blocks 19 thru 25, WAGON WHEEL ADDITION, a subdivision in Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 4252 East Young St., Tulsa, OK 74115

Lot Four (4), Block Three (3), EL'BRAD, an Addition in Tulsa County, State of Oklahoma, according to the Recorded Plat No. 1999.

**Physical Address:** 5825 East 35th St., Tulsa, OK 74135

Lot Twelve (12), Block One (1), CHERRY HILLS, an Addition in Tulsa County, State of Oklahoma, according to the recorded plat thereof.

**Physical Address:** 8513 East 35th St., Tulsa, OK 74145

Lot Twelve (12), Block Fifteen (15), LONGVIEW ACRES SECOND, an Addition in Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 9034 East 32nd Pl., Tulsa, OK 74145

Lot Eight (8), Block Four (4), BRIARWOOD, an Addition in Tulsa County, Oklahoma, according to the recorded Plat thereof.

**Physical Address:** 9103 East 67th Crt., Tulsa, OK 74133

Lot Seventeen (17), Block Six (6), BURNING TREE SOUTH to the City of Tulsa, County of Tulsa, State of Oklahoma, according to the Recorded Plat thereof.

## **Loan 1413:**

**Physical Address:** 2726 South 116th East Place, Tulsa, OK 74129

Lot Five (5), Block Seven (7), SHANNON PARK 5TH ADDITION, an addition in the City and County of Tulsa, State of Oklahoma, according to the Recorded Plat thereof.

**Physical Address:** 503 East Young Street, Tulsa, OK 74106

Lot Thirty-one (31), Block Two (2), BROOKDALE ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

## **Loan 1589:**

**Physical Address:** 3220 S. Knoxville Ave, Tulsa, OK 74135

The South One Hundred Ten (110) feet of the North Two Hundred Fifty (250) of the East One Hundred Sixty-five (165) feet of Lot Ten (10), LESS the East Thirty (30) feet, ALBERT PIKE 2ND SUBDIVISION, Tulsa County, State of Oklahoma, according to the Recorded Plat NO. 822.