UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NGUYEN WIN PROPERTIES LLC, ) | Case No. 25-11795 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE OR, IN THE ALTERNATIVE, TO CONVERT TO A CASE UNDER CHAPTER 7**

Ilene J. Lashinsky, United States Trustee for Region 20 ("US Trustee"), pursuant to 11 U.S.C. § 1112(b), moves to dismiss this Chapter 11 case, or in the alternative, convert the case to a case under chapter 7, for cause due to Debtor Nguyen Win Properties, LLC's ("Debtor") failure to maintain adequate insurance on assets of the estate. In support of this motion, the U.S. Trustee submits as follows:

1. This case was filed on November 24, 2025. *See* Dkt. No. 1.

2. In its Schedules, the Debtor identified assets including 119 separate parcels of real estate valued in excess of $27 million.[1] *See* Dkt. 1 at p. 18.

3. In the Initial Debtor Interview which was held on December 5, 2025, Debtor's designated representative indicated that all of the Debtor's assets were insured.

4. The U.S. Trustee requested proof of insurance coverage at the Initial Debtor Interview of the Debtor to confirm that all assets were insured. When the Initial Report was not timely filed, the U.S. Trustee communicated to Debtor's counsel indicating that unless the

---

[1] The Debtor actually scheduled 120 separate pieces of real estate but the asset identified as 2726 S. 116th E. Ave., Tulsa, OK 74129, is scheduled twice at 55.5 and 55.50. *See* Dkt. No. 1 at p. 11 and 18.

1

Debtor was able to file an Initial Report and provide proof of insurance coverage to the U.S. Trustee by December 15, 2025, the U.S. Trustee would have to file a motion to dismiss.

5. In the Initial Report belatedly filed by the Debtor on December 15, 2025, the Debtor identified numerous insurance policies allegedly insuring Debtor's assets and indicated that such insurance is in effect and payments are current for coverage. *See* Dkt No. 30 at p. 7. Although the Initial Report states that Certificates of Insurance or other proof of insurance were attached, no such documents were attached.

6. On December 15, 2025, the U.S. Trustee received 46 files from Debtor's counsel that were intended to be proof of insurance on certain of Debtor's real estate assets.

7. Many of the policy documents received by the U.S. Trustee do not identify the Debtor as the insured party on the policy and many of the policy documents indicate that coverage on certain policies has expired.

8. As of the filing of this Motion to Dismiss, the U.S. Trustee has received documentation indicating that 14 of the 119 properties listed in the schedules are fully insured[2] and that coverage is in place on 11 additional properties, but in an amount less than the scheduled value of the individual properties.[3] The U.S. Trustee has received expired coverage on 8 properties and has received coverage documents that do not indicate the Debtor is a named insured as to 12 more properties. As to one property, the U.S. Trustee received a renewal notice which provided no indication that the coverage was in place or renewed.

---

[2] A schedule of fully insured properties, prepared by the Office of the U.S. Trustee based upon the documents provided by the Debtor, is attached hereto as Exhibit A.
[3] A schedule of underinsured properties, prepared by the Office of the U.S. Trustee based upon the documents provided by the Debtor, is attached hereto as Exhibit B.

9. As to the remaining 73 properties, the U.S. Trustee has received no documentation establishing any insurance coverage at all.[4]

10. The scheduled value of the properties where (1) coverage has expired; (2) the Debtor is not identified as a named insured; or (3) no evidence of coverage has been provided is $21,781,050. This represents approximately 80% of the Debtor's scheduled assets.

11. One of the Debtor's fundamental duties in a Chapter 11 case is to maintain insurance on all assets of the estate.

12. The Debtor has wholly failed to do that in this case.

13. There is a serious concern that more than $20 million in estate assets are uninsured and at significant risk.

14. Section 1112(b)(1) of the Bankruptcy Code allows for conversion or dismissal of a case "for cause." Section 1112(b)(4) provides examples of "cause" in the context of dismissal. Specifically, "failure to maintain appropriate insurance that poses a risk to the estate or to the public" is cause for conversion or dismissal. 11 U.S.C. § 1112(b)(4)(C). Whether a case is converted or dismiss hinges on the best interests of creditors and the estate. 11 U.S.C. § 1112(b)(1).

15. "When a debtor owns real property with structures, . . . § 1112(b)(4)(C) requires that the debtor maintain casualty and liability insurance to protect the estate and the public." *In re Delta AG Grp., LLC,* 596 B.R. 186, 196 (Bankr. W.D. La. 2019); *see also Gilroy v. Ameriquest Mortgage Co.*, No. NH 07-054, 2008 Bankr. LEXIS 3968 (1st Cir. BAP Aug. 4,

---

[4] Attached hereto as Exhibit C is a schedule of properties, prepared by the U.S. Trustee based upon the documents provided by the Debtor, for which either (1) expired coverage has been provided; (2) documents do not indicate the Debtor as a named insured; or (3) no proof of coverage has been provided at all.

2008); *Derivium Capital LLC v. U.S. Trustee*, No. 5 Civ. 10845, 2006 U.S. Dist LEXIS 31427 (S.D.N.Y. May 12, 2006); *In re Van Eck*, 425 B.R. 54, 60-61 (Bankr. D. Conn. 2010).

16. According to Schedule A/B, the Debtor owns real estate which includes 119 separate properties. There is a risk to the estate of loss of assets through theft, fire, or a number of other occurrences that are not fully protected by insurance.

17. The U.S. Trustee submits that the appropriate action in this instance is dismissal. Dismissal is in the best interest of creditors and the estate because if this case were converted to a chapter 7 case, a chapter 7 trustee would be immediately faced with valuable uninsured assets with limited, and likely encumbered, funds available to secure insurance. A Chapter 7 Trustee would also be tasked with managing 119 properties, which are approximately 80% occupied by tenants. A dismissal achieves the best interests of the creditors and the estate.

18. In the alternative, and in the event that the Court determines that dismissal is not in the best interest of creditors and the estate, the U.S. Trustee requests that this case be converted to a case under chapter 7.

19. Accordingly, the U.S. Trustee requests that this case be dismissed, or in the alternative, converted to a case under chapter 7, for cause pursuant to 11. U.S.C. § 1112(b)(1).

20. The § 341 First Meeting of Creditors is set in this matter on December 29, 2025. The U.S. Trustee reserves the right to supplement this Motion based on information obtained at that meeting or through her investigation in this case.

WHEREFORE, the U.S. Trustee requests that this Court dismiss this case, or in the alternative, convert the case to a case under chapter 7, pursuant to 11 U.S.C. § 1112(b)(1).

Case 25-11795-T   Document 34   Filed in USBC ND/OK on 12/18/25   Page 5 of 10

Dated this 18th day of December, 2025.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*_____
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670
(918) 581-6674 Facsimile
mary.kindelt@usdoj.gov

5

## EXHIBIT A

| Asset Number | Street Address | Scheduled Value | Insured? | Dwelling Coverage | Dwelling Extension Coverage | Total Coverage | Notes/Comments |
|---|---|---|---|---|---|---|---|
| 55.16 | 8513 E. 35th St, Tulsa | 165,000 | Yes | 189200 | 18920 | 208120 | |
| 55.25 | 1567 N. Louisville Ave., Tulsa | 100,000 | Yes | 165600 | 16560 | 182160 | |
| 55.32 | 2211 N. 107th E. Ave., Tulsa | 145,000 | Yes | 197000 | 19700 | 216700 | |
| 55.43 | 503 E. Young St., Tulsa | 150,000 | Yes | 289900 | 28990 | 318890 | |
| 55.54 | 411 S. 56th W. Ave., Tulsa | 100,000 | Yes | 137900 | 13790 | 151690 | |
| 55.55 | 539 N. 23rd W. Ave., Tulsa | 138,000 | Yes | 135000 | 13500 | 148500 | |
| 55.58 | 444 S. 45th W. Ave., Tulsa | 140,000 | Yes | 226500 | 22650 | 249150 | |
| 55.60 | 12428 E. 15th St, Tulsa | 190,000 | Yes | Unknown | Unknown | Unknown | Complete declaration sheet not sent |
| 55.68 | 763 S. 142nd E. Ave., Tulsa | 175,000 | Yes | 169800 | 16980 | 186780 | |
| 55.88 | 10936 E. 27th St., Tulsa | 180,000 | Yes | 221000 | 22100 | 243100 | |
| 55.95 | 8819 E. 62nd St, Tulsa | 325,000 | Yes | 343800 | 34380 | 378180 | |
| 55.111 | 1440 N. Gary Pl, Tulsa | 100,000 | Yes | 121100 | 12110 | 133210 | |
| 55.117 | 9035 E. 67th St., Tulsa | 270,000 | Yes | 286100 | 28610 | 314710 | |
| 55.118 | 6737 E. 32nd Pl, Tulsa | 182,800 | Yes | 283600 | 28360 | 311960 | |
| | | | | | | | |
| **Total Value of Fully Insured Properties** | | 2,360,800 | | | | | |

## EXHIBIT B

| Asset Number | Street Address | Scheduled Value | Insured? | Dwelling Coverage | Dwelling Extension Coverage | Total Coverage | Amount Under Insured | % Value Uninsured |
|---|---|---|---|---|---|---|---|---|
| 55.17 | 9103 E. 67th Ct, Tulsa | 335,000 | Yes | 271600 | 27160 | 298760 | 36,240 | 10.82 |
| 55.27 | 1598 N. New Haven Ave., Tulsa | 100,000 | Yes | 34100 | | 34100 | 65,900 | 65.90 |
| 55.33 | 2731 S. 118th Pl., Tulsa | 195,000 | Yes | 163700 | 16370 | 180070 | 14,930 | 7.66 |
| 55.40 | 3753 S. 90th E. Ave., Tulsa | 265,000 | Yes | 215000 | 21500 | 236500 | 28,500 | 10.75 |
| 55.51 | 1225 E. Allred, Porter | 436,600 | Yes | 224800 | 22480 | 247280 | 189,320 | 43.36 |
| 55.82 | 10892 E. 33rd Pl, Tulsa | 230,000 | Yes | 189300 | 18930 | 208230 | 21,770 | 9.47 |
| 55.86 | 3344 S. 124th E. Ave., Tulsa | 200,000 | Yes | 172100 | 17210 | 189310 | 10,690 | 5.35 |
| 55.87 | 18534 E. 4th St., Tulsa | 160,000 | Yes | 144300 | 14430 | 158730 | 1,270 | 0.79 |
| 55.115 | 2511 S. 110th E. Ave., Tulsa | 200,000 | Yes | 179900 | 17990 | 197890 | 2,110 | 1.06 |
| 55.116 | 6723 S. Marion Ave. Tulsa | 375,000 | Yes | 319900 | 31990 | 351890 | 23,110 | 6.16 |
| 55.119 | 4178 E. 49th St., Tulsa | 290,900 | Yes | 244300 | 24430 | 268730 | 22,170 | 7.62 |
| | | | | | | | | |
| | | | | **Total Amount of Exposure Due to Insurance Below Value** | | | **416,010** | |

## EXHIBIT C

| Asset Number | Street Address | Scheduled Value | Insured? | Notes |
|---|---|---|---|---|
| 55.1 | 9533 E. 136th St S, Bixby, OK | 30,000 | No | No coverage documents provided |
| 55.2 | 4722 S. Hudson Pl., Tulsa | 385,000 | No | No coverage documents provided |
| 55.3 | 10918 E. 26th St, Tulsa | 230,000 | No | No coverage documents provided |
| 55.4 | 7606 E. 87th St, Tulsa | 500,000 | No | No coverage documents provided |
| 55.5 | 2726 S. 116th E. Ave, Tulsa | 220,000 | No | Coverage is for 2726 S. 116th E. PLACE; Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.6 | 1010 N. Irvington Ave, Tulsa | 140,000 | No | No coverage documents provided |
| 55.7 | 6407 S. 110th E. Ave, Tulsa | 275,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.8 | 10956 E. 3rd St, Tulsa | 150,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.9 | 6407 S. 87th E. Ave., Tulsa | 250,000 | No | No coverage documents provided |
| 55.10 | 71 N. Florence Ave Tulsa | 100,000 | No | No coverage documents provided |
| 55.11 | 7144 E. Marshall Pl, Tulsa | 100,000 | No | Insurance info provided is just a renewal bill, not coverage |
| 55.12 | 732 N. Columbia Ave, Tulsa | 160,000 | No | No coverage documents provided |
| 55.13 | 7336 E. Latimer Pl, Tulsa | 160,000 | No | No coverage documents provided |
| 55.14 | 808 N. Maplewood Ave, Tulsa | 150,000 | No | No coverage documents provided |
| 55.15 | 812 N. Delaware Ave, Tulsa | 100,000 | No | No coverage documents provided |
| 55.18 | 10613 E. 33rd Ct, Tulsa | 175,000 | No | No coverage documents provided |
| 55.19 | 1107 N. Hickory Dr, Broken Arrow | 225,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.20 | 2515 N. Xanthus Ave, Tulsa | 160,000 | No | No coverage documents provided |
| 55.21 | 2723 N. Cheyenne Ave, Tulsa | 130,000 | No | No coverage documents provided |
| 55.22 | 3103 N. Hartford Ave, Tulsa | 140,000 | No | No coverage documents provided |
| 55.23 | 123 N. New Haven Ave., Tulsa | 110,000 | No | No coverage documents provided |
| 55.24 | 12817 E. 24th Place, Tulsa | 170,000 | No | Named insured appears to be 12817 House LLC; no indication the Debtor is insured |
| 55.26 | 1528 N. Boston Ave., Tulsa | 100,000 | No | No coverage documents provided |
| 55.28 | 17778 S Hwy 75 #A, Mounds | 650,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.29 | 1903 N. Atlanta Pl., Tulsa | 135,000 | No | No coverage documents provided |
| 55.30 | 1909 N. Firewood Ave., Broken Arrow | 250,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.31 | 204 N. Hemlock Ave, Broken Arrow | 275,000 | No | No coverage documents provided |
| 55.34 | 3127 E. Woodrow Pl., Tulsa | 130,000 | No | No coverage documents provided |
| 55.35 | 320 E. Xyler St., Tulsa | 150,000 | No | No coverage documents provided |
| 55.36 | 345 E. Locust St, Big Cabin | 50,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.37 | 3523 E. Woodrow Pl., Tulsa | 130,000 | No | No coverage documents provided |
| 55.38 | 3538 E. Virgin Pl., Tulsa | 140,000 | No | No coverage documents provided |
| 55.39 | 3704 E. 99th St., Tulsa | 650,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.41 | 4252 E. Young St., Tulsa | 120,000 | No | No coverage documents provided |
| 55.42 | 4307 N. Frankfort Pl, Tulsa | 130,000 | No | No coverage documents provided |
| 55.44 | 5120 E. Haskell Pl., Tulsa | 130,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |

EXHIBIT C

| | | | | |
|---|---|---|---|---|
| 55.45 | 5647 S. 88th E. Ave, Tulsa | 160,000 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| 55.46 | 5825 E. 35th St., Tulsa | 350,000 | No | No coverage documents provided |
| 55.47 | 6232 E. Latimer Pl, Tulsa | 165,000 | No | No coverage documents provided |
| 55.48 | 626 S. Sheridan Rd., Tulsa | 87,400 | No | No coverage documents provided |
| 55.49 | 3220 S. Knoxville Ave, Tulsa | 100,000 | No | No coverage documents provided |
| 55.52 | 108 S. 36th W. Ave., Tulsa | 107,000 | No | No coverage documents provided |
| 55.53 | 605 N. Mckinley Ave., Sand Springs | 140,000 | No | No coverage documents provided |
| 55.56 | 4537 S. 32nd W. Ave, Tulsa | 161,000 | No | No coverage documents provided |
| 55.57 | 2704 W. Easton St, Tulsa | 148,000 | No | No coverage documents provided |
| 55.59 | 4511 W. 5th St., Tulsa | 60,000 | No | No coverage documents provided |
| 55.61 | 443 S. 80th E. Ave., Tulsa | 250,000 | No | No coverage documents provided |
| 55.62 | 1615 S. 69th E. Ave., Tulsa | 220,000 | No | Coverage provided expired July 28, 2025 |
| 55.63 | 11614 E. 27th St., Tulsa | 185,000 | No | Coverage provided expired November 7, 2025 |
| 55.64 | 1258 S. 105th E. Ave., Tulsa | 305,000 | No | No coverage documents provided |
| 55.65 | 8521 E. 48th St., Tulsa | 225000 | No | Coverage provided expired November 22, 2024 |
| 55.66 | 7815 S. 69th Pl, Tulsa | 400,000 | No | No coverage documents provided |
| 55.67 | 2130 N. Columbia Ave., Tulsa | 100,000 | No | No coverage documents provided |
| 55.69 | 337 E. 27th Pl. N., tulsa | 100,000 | No | Coverage provided expired December 1, 2025 |
| 55.70 | 22 S. 68th E. Ave., Tulsa | 150,000 | No | No coverage documents provided |
| 55.71 | 16712 E. 1st St., Tulsa | 150,000 | No | No coverage documents provided |
| 55.72 | 12535 E. 35th St, Tulsa | 360,000 | No | Coverage provided expired February 2, 2025 |
| 55.73 | 8106 S. Pittsburgh Ave, Tulsa | 420,000 | No | No coverage documents provided |
| 55.74 | 10603 E. 17th Pl, Tulsa | 180,000 | No | Coverage provided expired December 22, 2024 |
| 55.75 | 6542 S 274th E. Ave., Tulsa | 330,000 | No | No coverage documents provided |
| 55.76 | 2217 S. Erie Pl, Tulsa | 350,000 | No | No coverage documents provided |
| 55.77 | 1634 S. Denver Ave, Tulsa | 700,000 | No | No coverage documents provided |
| 55.78 | 2508 S. Walnut Ave, Broken Arrow | 210,000 | No | No coverage documents provided |
| 55.79 | 607 S. 108th E. Ave., Tulsa | 210,000 | No | No coverage documents provided |
| 55.80 | 11611 E. 28th St, Tulsa | 220,000 | No | No coverage documents provided |
| 55.81 | 3172 S. 133rd E. Ave., Tulsa | 230,000 | No | No coverage documents provided |
| 55.83 | 13044 E. 27th Pl, Tulsa | 210,000 | No | Coverage provided expired July 9, 2025 |
| 55.84 | 14234 E. 37th St., Tulsa | 230,000 | No | No coverage documents provided |
| 55.85 | 5807 E. King St., Tulsa | 160,000 | No | No coverage documents provided |
| 55.89 | 10841 W. Overlook Dr., Sand Springs | 220,000 | No | No coverage documents provided |
| 55.90 | 1156 N. Wheeling Ave, Tulsa | 10,000 | No | No coverage documents provided |
| 55.91 | 1228 S. 74th E. Ave, Tulsa | 250,000 | No | No coverage documents provided |
| 55.92 | 9309 E. 3rd Pl, Tulsa | 165,000 | No | No coverage documents provided |
| 55.93 | 3014 S. 132nd E. Ave., Tulsa | 220,000 | No | No coverage documents provided |

EXHIBIT C

| | | | | |
|---|---|---|---|---|
| 55.94 | 1676 S. Redbud Pl, Broken Arrow | 180,000 | No | No coverage documents provided |
| 55.96 | 2653 N. 337 Rd., Holdenville | 880,000 | No | No coverage documents provided |
| 55.97 | 4014 S. 94th E. Ave, Tulsa | 245,000 | No | No coverage documents provided |
| 55.98 | 1519 S. 76th E. Ave, Tulsa | 225,000 | No | No coverage documents provided |
| 55.99 | 4029 S. Rolling Oaks Dr., Tulsa | 340,350 | No | No coverage documents provided |
| 55.100 | 3514 S. Utica Ave, Tulsa | 1,300,000 | No | No coverage documents provided |
| 55.101 | 3115 S. 89th E. Ave, Tulsa | 215,000 | No | No coverage documents provided |
| 55.102 | 1215 S. Newport Ave., Tulsa | 1,000,000 | No | Coverage provided expired August 10, 2025 |
| 55.103 | 2633 E. Haskell St., Tulsa | 60,000 | No | No coverage documents provided |
| 55.104 | 3216 E. Oklahoma Pl, Tulsa | 100,000 | No | No coverage documents provided |
| 55.105 | 6946 E. Oklahoma Pl, Tulsa | 100,000 | No | No coverage documents provided |
| 55.106 | 6762 E. Haskell Pl, Tulsa | 120,000 | No | No coverage documents provided |
| 55.107 | 6347 E. Newton St., Tulsa | 120,000 | No | No coverage documents provided |
| 55.108 | 3347 E. Virgin St., Tulsa | 120,000 | No | No coverage documents provided |
| 55.109 | 3220 E. Oklahoma Pl, Tulsa | 100,000 | No | No coverage documents provided |
| 55.110 | 3219 E. Oklahoma Pl, Tulsa | 100,000 | No | No coverage documents provided |
| 55.112 | 510 S. 108th E. Ave., Tulsa | 150,000 | No | No coverage documents provided |
| 55.113 | 701 N. Birmingham Pl, Tulsa | 150,000 | No | No coverage documents provided |
| 55.114 | 8018 S. Marion Ave, Tulsa | 720,000 | No | No coverage documents provided |
| 55.120 | 9034 E. 32nd Pl, Tulsa | 217,300 | No | Named insured appears to be Baoquoc Nguyen; no indication the Debtor is insured |
| | | | | |
| **Scheduled Value of Uninsured Properties** | | **21,781,050** | | |