## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Nguyen Win Properties Properties LLC<br><br>　　　　Debtor. | Case No. 25-11795-T<br>Chapter 11 |

### DEBTOR'S OBJECTION TO FIRST BANK AND TRUST CO.'s MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT

COMES NOW Debtor by and through attorney Ron D. Brown, and hereby makes objection to Motion for Relief from Stay("Motion") filed by First Bank and Trust Co. ("FBTC" or Creditor).  In support of this objection, the Debtor would state:

1. The automatic stay is effective against all of the Creditor of the Debtor's bankruptcy, including FBTC.

2. FBTC has not provided facts which would constitute "cause" under 11 USC §362(d)(1) to grant the Motion.  FBTC's Motion relies upon inadmissible hearsay without proof of the facts alleged.

3. Debtor can provide a plan of reorganization which will pay Creditor 100% of its claim.

4. Debtor believes there is equity in the mortgaged properties under 11 USC §362(d)(2) and that the properties are necessary for an effective reorganization.

5. Abandonment is not appropriate.

**WHEREFORE, for the reasons set forth above, Debtor respectfully request that First Bank and Trust Co. motion be denied as to any action against Debtor.**

        Respectfully submitted,


         /s/  Ron Brown
        Ron Brown, OBA # 16352
        1609 E. 4th Street
        Tulsa, Ok. 74120
        (918) 585-9500 bus
        (866) 552-4874 fax
        ron@ronbrownlaw.com