IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Nguyen Win Properties Properties LLC<br><br>Debtor. | Case No. 25-11795-T<br>Chapter 11 |

DEBTOR'S OBJECTION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE, OR IN THE ALTERNATIVE, TO CONVERT TO A CASE UNDER CHAPTER 7

COMES NOW Debtor by and through attorney Ron D. Brown, and hereby makes objection to *United States Trustee's* [UST] *Motion To Dismiss Case, or in the Alternative, to Convert to A Case under Chapter 7* ("Motion"). In support of this objection, the Debtor would state:

1. Debtor believes all properties owned by Debtor are insured.

2. Because most of the properties are escrowed by the various mortgage lenders, Debtor has been having difficulty obtaining verification of coverage for all properties.

3. But Debtor has made substantial progress by accumulating and providing additional verification documents to the UST.

4. Debtor plans to repay all creditors 100% and there will be sufficient equity left for the owner of Debtor.

**WHEREFORE, for the reasons set forth above, Debtor respectfully request that UST's motion be denied.**

Respectfully submitted,

/s/  Ron Brown
Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, Ok. 74120
(918) 585-9500 bus
(866) 552-4874 fax
ron@ronbrownlaw.com