IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF OKLAHOMA

In re:

Nguyen Win Properties LLC                      Case No. 25-10067-M
                                                                                 Chapter 11

          Debtor.

## APPLICATION TO ESTABLISH DEADLINE
## FOR FILING PROOF OF CLAIMS

Nguyen Win Properties LLC ("Nguyen Win") applies pursuant to Fed. R. Bank. P. 3003(c)(3) to this Court for an Order establishing a deadline for the filing of proofs of claim in this bankruptcy case. In support, Nguyen Win shows the Court as follows:

1. Nguyen Win filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on November 23, 2025, at which time an Order for Relief was entered by the Court.

2. Nguyen Win manages its financial affairs under the authority of Title 11 of Chapter 11 of the United States Code.

3. A bar date to file claims is essential to the administration of this estate so that an accurate determination of the exact amount of secured claims and unsecured claims can be ascertained.

4. Nguyen Win submits that February 28, 2026 is an appropriate deadline for the filing of proofs of claim that complies with Bankruptcy Rule 2002(a)(7).

5. Those parties that have already filed claims and those parties who agree with the amount of their *undisputed* scheduled claim in the bankruptcy schedules need not file a claim. If creditors with undisputed claims do not file a proof of claim in this case, then Debtor will use the amount as scheduled.

6.	Nguyen Win will notify parties in interest of the deadline by sending the Order Establishing the Deadline for Filing Proofs of Claim to all known or suspected creditors and interest parties. A copy of the proposed Order is attached as **Exhibit A**.

7.	Nguyen Win will also include in the mailing a proof of claim form substantially in the form of Official Form No. 410.

WHEREFORE, Nguyen Win Properties LLC applies to this Court to enter an Order Establishing Deadline for Filing Proofs of Claim with a deadline of February 28, 2026.

Respectfully submitted this January 9, 2026.

> Respectfully submitted,
> **Brown Law Firm, P.C.**, by:
>
>
> /s/ Ron D. Brown
> Ron D. Brown, OBA #16352
> 1609 East 4th Street
> Tulsa, OK 74120
> (918) 585-9500
> (866) 552-4874 fax
> ron@ronbrownlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTER DISTRICT OF OKLAHOMA

In re:

Nguyen Win Properties LLC   Case No. 25-10067-M
   Chapter 11

   Debtor.

ORDER ESTABLISHING DEADLINE
FOR FILING PROOF OF CLAIMS

Upon consideration of the Application to Establish Deadline for Filing Proofs of Claim, filed by Nguyen Win Properties LLC ("Nguyen Win"), the above-captioned Debtor-in-Possession, the Court finds good cause therefore and therefore finds the motion should be granted.  All findings of fact are based upon representation of counsel for Debtor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the last day for filing proofs of claim in this bankruptcy case shall be February 28, 2026.  Creditors with disputed claims who file a proof of claim after that date shall not be considered in this bankruptcy case and shall be forever barred; however, those parties that have already filed claims and those parties who agree with the amount of their *undisputed* scheduled claim in the bankruptcy schedules need not file a claim.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the requirement to file a proof of claim applies to all persons or creditors who assert a claim or interest against Debtor which arose before the petition date of November 23, 2025.  Also, those creditors which are identified as disputed, contingent and/or unliquidated in Debtor's schedules who assert a claim or interest against Debtor which arose before the petition date of November 23, 2025 must file a claim on or before February 28, 2026 or shall be forever barred.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order and Official Form 410 Proof of Claim shall be Distributed by Nguyen Win to all known or suspected creditors and interest parties with 5 days of the date of this Order.

# # #

Approved for entry:

/s/ Ron D. Brown_____
Ron D. Brown  OBA#16352
Attorney for Debtor
1609 East 4th Street.
Tulsa, Ok. 74120
(918) 585-9500 phone
(866) 552-4874 fax
ron@ronbrownlaw.com