**Fill in this information to identify the case:**

Debtor Name **Nguyen Win Properties LLC**

United States Bankruptcy Court for the: **Northern**   District of   **Oklahoma**
(State)

Case number (If known): **25-11795**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $44,750.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **First Pryority Bank** | **Checking account** | | unknown |
| 3.2. | **Mabrey Bank** | **Checking account** | 8 9 4 1 | $41,432.25 |
| 3.3. | **First Bank & Trust** | **Checking account** | 9 2 2 1 | unknown |
| 3.4. | **First Oklahoma Bank** | **Checking account** | 1 2 3 8 | $5,726.47 |
| 3.5. | **WeStreet Credit Union** | **Checking account** | 2 9 6 2 | $1,405.66 |

4. **Other cash equivalents** *(Identify all)*

| | | Current value of debtor's interest |
|---|---|---|
| 4.1 | **Cashapp** | $10,400.00 |
| 4.2 | **Venmo** | $6,967.36 |
| 4.3 | **PayPal** | $2,037.85 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $112,719.59

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Nguyen Win Properties LLC**

Name    Case number *(if known)* 25-11795

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| | 7.1 _____ | _____ |
| | 7.2 _____ | _____ |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| | 8.1 **Brown Law Firm Retainer** | $3,960.75 |
| 9. | **Total of Part 2** | $3,960.75 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | **unknown** − **unknown** = ➡ | | $322,399.59 |
| | | face amount        doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | **unknown** − **unknown** = ➡ | | $405,408.99 |
| | | face amount        doubtful or uncollectible accounts | | |
| 12. | **Total of Part 3** | | | $727,808.58 |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

Debtor    **Nguyen Win Properties LLC**                                    Case number *(if known)* **25-11795**
          Name

| 15.1. | | | |
| 15.2. | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1
    16.2

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor    **Nguyen Win Properties LLC**
_____      Case number *(if known)* 25-11795 _____
          Name

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                        [ _____ ]

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

Debtor   **Nguyen Win Properties LLC**
Name

Case number *(if known)*  **25-11795**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2011 Ford F650** | **unknown** | | **unknown** |

---

Debtor   **Nguyen Win Properties LLC**
_____   Case number *(if known)* **25-11795**
Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____   _____   _____   _____

   48.2 _____   _____   _____   _____

49. **Aircraft and accessories**

   49.1 _____   _____   _____   _____

   49.2 _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____   _____   _____   _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Subdivision: SOUTHWOOD SOUTH ADDN (55940) Legal: LT 6 BLK 1 Section: 12 Township: 17 Range: 13 / 9533 E 136th St S Bixby, OK 74008-3509** | Fee Simple | unknown | | $200,000.00 |
| 55.2 **Subdivision: PARK PLAZA FOURTH ADDN (31450) Legal: LT 3 BLK 6 Section: 27 Township: 19 Range: 13 / 4722 S Hudson Pl Tulsa, OK 74135-6924** | Fee Simple | unknown | | $385,000.00 |

---

| Debtor | Nguyen Win Properties LLC | | Case number *(if known)* | 25-11795 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 55.3 | **Subdivision: MAGIC CIRCLE THIRD ADDN (24600) Legal: LT 13 BLK 5 Section: 18 Township: 19 Range: 14** / 10918 E 26th St Tulsa, OK 74129-5061 | Fee Simple | unknown | $230,000.00 |
| 55.4 | **Subdivision: CHIMNEY HILLS ESTATES BLK 18-31 (75303) Legal: LT 5 BLK 30 Section: 14 Township: 18 Range: 13** / 7606 E 87th St Tulsa, OK 74133-4817 | Fee Simple | unknown | $500,000.00 |
| 55.5 | **Subdivision: SHANNON PARK FIFTH ADDN (37605) Legal: LT 5 BLK 7 Section: 17 Township: 19 Range: 14** / 2726 S 116th E Ave Tulsa, OK 74129 | Fee Simple | unknown | $220,000.00 |
| 55.6 | **Subdivision: MAPLEWOOD EXTENDED ADDN (25150) Legal: LT 27 BLK 24 Section: 34 Township: 20 Range: 13** / 1010 N Irvington Ave Tulsa, OK 74115-6602 | Fee Simple | unknown | $140,000.00 |
| 55.7 | **Subdivision: WEDGEWOOD VI (77650) Legal: LT 33 BLK 4 Section: 06 Township: 18 Range: 14** / 6407 S 110th East Ave Tulsa, OK 74133-1624 | Fee Simple | unknown | $275,000.00 |
| 55.8 | **Subdivision: WAGON WHEEL ADDN RESUB PRT B22&24-25 (45475) Legal: LT 12 BK 22 Section: 06 Township: 19 Range: 14** / 10956 E 3rd St Tulsa, OK 74128-1602 | Fee Simple | unknown | $150,000.00 |
| 55.9 | **Subdivision: BURNING TREE (75075) Legal: LT 12 BLK 5 Section: 01 Township: 18 Range: 13** / 6407 S 87th East Ave Tulsa, OK 74133-7624 | Fee Simple | unknown | $250,000.00 |
| 55.10 | **Subdivision: POMEROY HGTS ADDN (33425) Legal: PRT LT 2 BEG 16E NWC LT 2 TH S62.44 E51 N62.44 W51 POB LESS N3.5 THEREOF FOR ST BLK 1** / 71 N Florence Ave Tulsa, OK 74110-5512 | Fee Simple | unknown | $100,000.00 |
| 55.11 | **Subdivision: SUN VALLEY SECOND ADDN (41675) Legal: LT 2 BLK 6 Section: 35 Township: 20 Range: 13** / 7144 E Marshall Pl Tulsa, OK 74115-6826 | Fee Simple | unknown | $100,000.00 |
| 55.12 | **Subdivision: MERCER SUB (27225) Legal: LT 5 BLK 1 Section: 32 Township: 20 Range: 13** / 732 N Columbia Ave Tulsa, OK 74129 | Fee Simple | unknown | $160,000.00 |

Debtor   **Nguyen Win Properties LLC**
Name

Case number *(if known)* 25-11795

| | | | |
|---|---|---|---|
| 55.13 **Subdivision: DOLLIE-MAC ADDN (11575) Legal: LT 4 BLK 6 Section: 35 Township: 20 Range: 13** / 7336 E Latimer Pl Tulsa, OK 74115-6950 | Fee Simple | unknown | $160,000.00 |
| 55.14 **Subdivision: MARY-ELLEN ADDN (25600) Legal: LT 9 BLK 4 Section: 34 Township: 20 Range: 13** / 808 N Maplewood Ave Tulsa, OK 74115-6710 | Fee Simple | unknown | $150,000.00 |
| 55.15 **Subdivision: PORTLAND PLACE ADDN (33475) Legal: N50 S150 LT 1 BLK 1 Section: 32 Township: 20 Range: 13** / 812 N Delaware Ave Tulsa, OK 74110-5003 | Fee Simple | unknown | $100,000.00 |
| 55.16 **Subdivision: LONGVIEW ACRES 2ND (23575) Legal: LT 12 BLK 15 Section: 24 Township: 19 Range: 13** / 8513 E 35th St Tulsa, OK 74145-1543 | Fee Simple | unknown | $165,000.00 |
| 55.17 **Subdivision: BURNING TREE SOUTH (75115) Legal: LT 17 BLK 6 Section: 01 Township: 18 Range: 13** / 9103 E 67th Ct Tulsa, OK 74133-2206 | Fee Simple | unknown | $335,000.00 |
| 55.18 **Subdivision: BRIARDALE SECOND (74860) Legal: LT 13 BLK 9 Section: 19 Township: 19 Range: 14** / 10613 E 33rd Ct Tulsa, OK 74146-1802 | Fee Simple | unknown | $175,000.00 |
| 55.19 **Subdivision: HICKORY PLACE PRT RSB L10 B1 VACATION CTR 2ND ADDN (79430) Legal: LT 28 BLK 1 Section: 03 Township: 18 Range: 14** / 1107 N Hickory Dr Broken Arrow, OK 74012-1601 | Fee Simple | unknown | $225,000.00 |
| 55.20 **Subdivision: ROBERTS ADDN B1-3 PRT B4 & B5-6 (35900) Legal: LT 2 BLK 2 Section: 30 Township: 20 Range: 13** / 2515 N Xanthus Ave Tulsa, OK 74110-2059 | Fee Simple | unknown | $160,000.00 |
| 55.21 **Subdivision: HIGHLAND HILLS AMD (18375) Legal: LT 17 BLK 4 Section: 23 Township: 20 Range: 12** / 2723 N Cheyenne Ave Tulsa, OK 74106-2218 | Fee Simple | unknown | $130,000.00 |
| 55.22 **Subdivision: TEEL TERRACE (41950) Legal: LT 18 BLK 4 Section: 24 Township: 20 Range: 12** / 3103 N Hartford Ave Tulsa, OK 74106-1903 | Fee Simple | unknown | $140,000.00 |

Debtor    **Nguyen Win Properties LLC**
      Name

Case number *(if known)* 25-11795

| | | | |
|---|---|---|---|
| 55.23 **Subdivision: FEDERAL HGTS SECOND ADDN (14175) Legal: LT 18 BLK 16 Section: 33 Township: 20 Range: 13 /** 123 N New Haven Ave Tulsa, OK 74129 | **Fee Simple** | **unknown** | **$110,000.00** |
| 55.24 **Subdivision: STACEY LYNN ADDN (40325) Legal: LT 13 BLK 2 Section: 17 Township: 19 Range: 14 /** 12817 E 24th Pl Tulsa, OK 74129-6016 | **Fee Simple** | **unknown** | **$170,000.00** |
| 55.25 **Subdivision: LOUISVILLE HGTS ADDN B1-8 (24175) Legal: LOT-30-BLK-1 Section: 28 Township: 20 Range: 13 /** 1567 N Louisville Ave Tulsa, OK 74115-4953 | **Fee Simple** | **unknown** | **$100,000.00** |
| 55.26 **Subdivision: ENGLEWOOD ADDN (13200) Legal: LT 6 BLK 1 Section: 26 Township: 20 Range: 12 /** 1528 N Boston Ave Tulsa, OK 74106-4102 | **Fee Simple** | **unknown** | **$100,000.00** |
| 55.27 **Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200) Legal: LOT 1 BLK 26 Section: 28 Township: 20 Range: 13 /** 1598 N New Haven Ave Tulsa, OK 74115-4925 | **Fee Simple** | **unknown** | **$100,000.00** |

| Debtor | Nguyen Win Properties LLC | Case number *(if known)* | 25-11795 |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 55.28 | **A TRACT OF LAND LOCATED IN THE SOUTHWEST QUARTER. (SW/4) IN SECTION 32, TOWNSHIP 17 NORTH, RANGE 12 EAST OF THE INDIAN BASE AND MERIDIAN, CREEK COUNTY, STATE OF OKLAHOMA ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TOWIT: COMMENCING AT THE SOUTHWEST CORNER OF SAID SW/4 OF SECTION 32; THENCE N 00° 19' 20" E ALONG THE WEST LINE OF SAID SW/4 OF SECTION 32 A DISTANCE OF 1639.66 FEET; THENCE S 89° 59' 47" E PARALLEL TO THE NORTH LINE OF SAID SW/4 OF SECTION 32 A DISTANCE OF 654.98 FEET TO THE BEGINNING: THENCEN 00°19'20" E A DISTANCE OF 500.59 FEET; THENCE S 89°59'47" EA DISTANCE OF 654.46 FEET TO THE WESTERLY RIGHT OF WAY OF HIGHWAY 75-A; THENCE S 02°56'29" E ALONG SAID RIGHT-OF-WAY FOR A DISTANCE OF 501.27 FEET; THENCE N 89°59'47" W FOR A DISTANCE OF 683.00 FEET TO THE POINT OF BEGINNING CONTAINING 7.68 ACRES, MORE OR LESS. Property Address: 17778 South Highway 75 A, Mounds, OK 74047** / 17778 S HWY 75 #A Mounds, OK 74047 | Fee Simple | unknown | $650,000.00 |
| 55.29 | **Subdivision: TULSA HGTS (43300) Legal: LT 373 BK 29 Section: 29 Township: 20 Range: 13** / 1903 N Atlanta Pl Tulsa, OK 74110-2530 | Fee Simple | unknown | $135,000.00 |
| 55.30 | **Subdivision: SOUTHBROOK (83800) Legal: LT 4 BLK 4 Section: 05 Township: 18 Range: 14** / 1909 N Firewood Ave Broken Arrow, OK 74012-1262 | Fee Simple | unknown | $250,000.00 |
| 55.31 | **Subdivision: COUNTRY AIRE ESTATES VI (83510) Legal: LT 5 BLK 2 Section: 09 Township: 18 Range: 14** / 204 N Hemlock Ave Broken Arrow, OK 74012-2119 | Fee Simple | unknown | $275,000.00 |

Debtor    **Nguyen Win Properties LLC**

Name

Case number *(if known)* 25-11795

| | | | |
|---|---|---|---|
| 55.32 **Subdivision: MESA PARK (27250) Legal: LT 2 BLK 4 Section: 18 Township: 19 Range: 14** / 2211 S 107th E Ave Tulsa, OK 74129 | Fee Simple | unknown | $145,000.00 |
| 55.33 **Subdivision: SHANNON PARK FIFTH ADDN (37605) Legal: LOT 8 BLK 4 Section: 17 Township: 19 Range: 14** / 2731 S 118th Pl Tulsa, OK 74129 | Fee Simple | unknown | $195,000.00 |
| 55.34 **Subdivision: FITTS ADDN (14450) Legal: LT 20 BLK 2 Section: 29 Township: 20 Range: 13** / 3127 E Woodrow Pl Tulsa, OK 74110 | Fee Simple | unknown | $130,000.00 |
| 55.35 **Subdivision: MEADOWBROOK SECOND ADDN RESUB B6-7 ACRE GARDENS ADDN (26735) Legal: LOT-7-BLK-7** / 320 E Xyler St Tulsa, OK 74129 | Fee Simple | unknown | $150,000.00 |
| 55.36 **Section 30.0 Township 24N Range 20E Legal Description BROWN'S ADDITION 702/518 BLK 5 LOT 2** / 345 E Locust St Big Cabin, OK 74332-4003 | Fee Simple | unknown | $50,000.00 |
| 55.37 **Subdivision: TOMMY'S ADDN (42725) Legal: LT 5 BLK 1 Section: 28 Township: 20 Range: 13** / 3525 E Woodrow Pl Tulsa, OK 74115-3933 | Fee Simple | unknown | $130,000.00 |
| 55.38 **Subdivision: NEW HAVEN ADDN B11-13 (29025) Legal: LOT 2 BLK 11 Section: 28 Township: 20 Range: 13** / 3538 E Virgin Pl Tulsa, OK 74115-3922 | Fee Simple | unknown | $140,000.00 |
| 55.39 **Subdivision: SILVER CHASE AMD (73025) Legal: LT 18 BLK 1 Section: 21 Township: 18 Range: 13** / 3704 E 99th St Tulsa, OK 74137-5237 | Fee Simple | unknown | $650,000.00 |
| 55.40 **Subdivision: BRIARWOOD RES A L35-36 B7 & B11-17 (05025) Legal: LT 12 BLK 12 Section: 24 Township: 19 Range: 13** / 3753 S 90th East Ave Tulsa, OK 74145-3420 | Fee Simple | unknown | $265,000.00 |
| 55.41 **Subdivision: EL BRAD (12600) Legal: LT 4 BLK 3 Section: 28 Township: 20 Range: 13** / 4252 E Young St Tulsa, OK 74115-3220 | Fee Simple | unknown | $120,000.00 |

Debtor  **Nguyen Win Properties LLC**
_____
Name

Case number *(if known)* **25-11795**
_____

| | | | |
|---|---|---|---|
| 55.42 Subdivision: SUBURBAN ACRES SECOND (40825) Legal: LT 19 BLK 5 Section: 13 Township: 20 Range: 12 / 4307 N Frankfort Pl Tulsa, OK 74129 | Fee Simple | unknown | $130,000.00 |
| 55.43 Subdivision: BROOKDALE ADDN (05375) Legal: LT 31 BLK 2 Section: 25 Township: 20 Range: 12 / 503 E Young St Tulsa, OK 74106-3840 | Fee Simple | unknown | $150,000.00 |
| 55.44 Subdivision: YALE CREST THIRD ADDN (49700) Legal: LT 7 BLK 2 Section: 34 Township: 20 Range: 13 / 5120 E Haskell Pl Tulsa, OK 74115-7615 | Fee Simple | unknown | $130,000.00 |
| 55.45 Subdivision: WOODLAND VIEW PARK 2ND PRT B1-3 & L1-7 B4 & L1-19 B5 (77865) Legal: LT 10 BLK 5 Section: 36 Township: 19 Range: 13 / 5647 S 88th East Ave Tulsa, OK 74145-7905 | Fee Simple | unknown | $160,000.00 |
| 55.46 Subdivision: CHERRY HILLS (08200) Legal: LT 12 BLK 1 Section: 22 Township: 19 Range: 13 / 5825 E 35th St Tulsa, OK 74135-5303 | Fee Simple | unknown | $350,000.00 |
| 55.47 Subdivision: MAPLEWOOD ADDN (25050) Legal: LT 12 BLK 17 Section: 34 Township: 20 Range: 13 / 6232 E Latimer Pl Tulsa, OK 74115-6730 | Fee Simple | unknown | $165,000.00 |
| 55.48 Subdivision: GLENHAVEN (16300) Legal: S77.5 N155 E/2 OF BLK 32 Section: 03 Township: 19 Range: 13 / 626 S Sheridan Rd Tulsa, OK 74112-3100 | Fee Simple | unknown | $87,400.00 |
| 55.49 Lot Twenty-Three (23), PORTER ACRES, a Subdivision of part of E/2 of NE/4 of Section 16, Township 16 North, Range 17 East of the Indian Base and Meridian, Wagoner County, State of Oklahoma. / 1225 E Allred Porter, OK 74454-5013 | Fee Simple | unknown | $436,600.00 |
| 55.50 Subdivision: JOE SUB (20625) Legal: LT 2 BLK F Section: 04 Township: 19 Range: 12 / 108 S 36th West Ave Tulsa, OK 74127-8124 | Fee Simple | unknown | $107,000.00 |

Debtor    **Nguyen Win Properties LLC**

Name

Case number *(if known)* __25-11795__

| | | | | |
|---|---|---|---|---|
| 55.51 **Subdivision: SAND SPRINGS-ORIGINAL TOWN (61475) Legal: LT 11 BLK 3 Section: 11 Township: 19 Range: 11 /** 605 N Mckinley Ave Sand Springs, OK 74063 | Fee Simple | unknown | | $140,000.00 |
| 55.52 **Subdivision: GLEN ACRES SUB-WEKIWA (16250) Legal: LT 14 BLK 5 Section: 05 Township: 19 Range: 12 /** 411 S 56th West Ave Tulsa, OK 74127-7447 | Fee Simple | unknown | | $100,000.00 |
| 55.53 **Subdivision: MONTICELLO ADDN (28300) Legal: LOT-7-&-SOUTH 7'OF LOT-6-BLK-4 Section: 03 Township: 19 Range: 12 /** 539 N 23rd West Ave Tulsa, OK 74127 | Fee Simple | unknown | | $138,000.00 |
| 55.54 **Subdivision: VETERANS ADDN REPLAT (44750) Legal: LT 6 BLK 3 Section: 27 Township: 19 Range: 12 /** 4537 S 32nd West Ave Tulsa, OK 74107-6612 | Fee Simple | unknown | | $161,000.00 |
| 55.55 **Subdivision: UNPLATTED (99203) Legal: BEG 684W & 25S NEC SE NW TH W139.5 S105 E139.5 N105 POB SEC 3 19 12 Section: 03 Township: 19 Range: 12 /** 2704 W Easton St Tulsa, OK 74127-6118 | Fee Simple | unknown | | $148,000.00 |
| 55.56 **Subdivision: VERNDALE (44625) Legal: S20 LT 11 & ALL LT 12 BLK 5 Section: 04 Township: 19 Range: 12 /** 444 S 45th West Ave Tulsa, OK 74127-7643 | Fee Simple | unknown | | $140,000.00 |
| 55.57 **Subdivision: VERNDALE (44625) Legal: S20 LT 11 & ALL LT 12 BLK 5 Section: 04 Township: 19 Range: 12 /** 4511 W 5th St Tulsa, OK 74127-7638 | Fee Simple | unknown | | $60,000.00 |
| 55.58 **Subdivision: EAST PORT ADDN (12060) Legal: LT 3 BLK 11 Section: 08 Township: 19 Range: 14 /** 12428 E 15th St Tulsa, OK 74128-5416 | Fee Simple | unknown | | $190,000.00 |
| 55.59 **Subdivision: TOMMY-LEE ADDN (42675) Legal: LT 20 BLK 9 Section: 02 Township: 19 Range: 13 /** 443 S 80th East Ave Tulsa, OK 74112-2144 | Fee Simple | unknown | | $250,000.00 |

**Schedule A/B: Assets — Real and Personal Property**

Debtor **Nguyen Win Properties LLC**
Name

Case number *(if known)* **25-11795**

| | | | |
|---|---|---|---|
| 55.60 **Subdivision: LEISURE LANES (22500) Legal: LT 18 BLK 3 Section: 11 Township: 19 Range: 13 /** 1615 S 69th East Ave Tulsa, OK 74112 | Fee Simple | unknown | $220,000.00 |
| 55.61 **Subdivision: SHANNON PARK FIFTH ADDN (37605) Legal: LT 6 BLK 6 Section: 17 Township: 19 Range: 14 /** 11614 E 27th St Tulsa, OK 74129-8006 | Fee Simple | unknown | $185,000.00 |
| 55.62 **Subdivision: CRESCENT HGTS ADDN (10125) Legal: LT 7 BLK 4 Section: 07 Township: 19 Range: 14 /** 1258 S 105th East Ave Tulsa, OK 74128-4635 | Fee Simple | unknown | $305,000.00 |
| 55.63 **Subdivision: REGENCY PARK WEST (34600) Legal: LT 26 BLK 4 Section: 25 Township: 19 Range: 13 /** 8521 E 48th St Tulsa, OK 74145-7111 | Fee Simple | unknown | $225,000.00 |
| 55.64 **Subdivision: SWEETBRIAR B1-12 (77260) Legal: N135 LT 2 BLK 5 Section: 11 Township: 18 Range: 13 /** 7815 S 69th Pl Tulsa, OK 74133 | Fee Simple | unknown | $400,000.00 |
| 55.65 **Subdivision: WAFUL HGTS RESUB B9 CITY VIEW & PRT B8&19 TULSA HGTS (45325) Legal: LT 6 BK 4 Section: 29 Township: 20 Range: 13 /** 2130 N Columbia Ave Tulsa, OK 74110-2202 | Fee Simple | unknown | $100,000.00 |
| 55.66 **Subdivision: ELEVENTH STREET ACRES 2ND ADDN (12750) Legal: LT 8 BLK 2 Section: 04 Township: 19 Range: 14 /** 763 S 142nd East Ave Tulsa, OK 74108-2723 | Fee Simple | unknown | $175,000.00 |
| 55.67 **Subdivision: DEVONSHIRE PLACE FOURTH RESUB BOULEVARD ACRES (11325) Legal: LT 38 BLK 2 Section: 24 Township: 20 Range: 12 /** 337 E 27th Pl N Tulsa, OK 74106-2317 | Fee Simple | unknown | $100,000.00 |
| 55.68 **Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 5 Section: 02 Township: 19 Range: 14 /** 22 S 168th East Ave Tulsa, OK 74112-1824 | Fee Simple | unknown | $150,000.00 |
| 55.69 **Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 6 Section: 02 Township: 19 Range: 14 /** 16712 E 1st St Tulsa, OK 74108-1722 | Fee Simple | unknown | $150,000.00 |

| Debtor | Nguyen Win Properties LLC | | Case number *(if known)* | 25-11795 |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.70 **Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 6 Section: 02 Township: 19 Range: 14** / 12535 E 35th St Tulsa, OK 74146-2243 | Fee Simple | unknown | | $360,000.00 |
| 55.71 **Subdivision: FOREST CREEK II AMD (70645) Legal: LT 1 BLK 2 Section: 16 Township: 18 Range: 13** / 8106 S Pittsburg Ave Tulsa, OK 74136 | Fee Simple | unknown | | $420,000.00 |
| 55.72 **Subdivision: MAGIC CIRCLE ADDN (24525) Legal: LT 52 BLK 13 Section: 07 Township: 19 Range: 14** / 10603 E 17th Pl Tulsa, OK 74128-6201 | Fee Simple | unknown | | $180,000.00 |
| 55.73 **Lot Twenty (20), AMENDED PLAT OF FAIR OAKS EAST II, a Subdivision in Wagoner County, State of Oklahoma, according to the recorded Plat thereof.** / 6542 S. 274th E Ave Tulsa, OK 74104 | Fee Simple | unknown | | $330,000.00 |
| 55.74 **Subdivision: DARLINGTON HILLS ADDN (10675) Legal: LT 7 BLK 5 Section: 15 Township: 19 Range: 13** / 2217 S Erie Pl Tulsa, OK 74114-2247 | Fee Simple | unknown | | $350,000.00 |
| 55.75 **Subdivision: STONEBRAKER HGTS ADDN (40675) Legal: LT 9 BK 5 Section: 12 Township: 19 Range: 12** / 1634 S Denver Ave Tulsa, OK 74119-4233 | Fee Simple | unknown | | $700,000.00 |
| 55.76 **Subdivision: STACEY LYNN 6TH ADDN (81225) Legal: LT 3 BLK 5 Section: 22 Township: 18 Range: 14** / 2508 S Walnut Ave Broken Arrow, OK 74012-7559 | Fee Simple | unknown | | $210,000.00 |
| 55.77 **Subdivision: WAGON WHEEL ADDN B15-18 (45425) Legal: LT 8 BK 18 Section: 06 Township: 19 Range: 14** / 607 S 108th East Ave Tulsa, OK 74128-2829 | Fee Simple | unknown | | $210,000.00 |
| 55.78 **Subdivision: SHANNON PARK FIFTH ADDN (37605) Legal: LT 12 BLK 7 Section: 17 Township: 19 Range: 14** / 11611 E 28th St Tulsa, OK 74129-8039 | Fee Simple | unknown | | $220,000.00 |
| 55.79 **Subdivision: BRIARGLEN ACRES ADDN (74875) Legal: LT 5 BLK 2 Section: 21 Township: 19 Range: 14** / 3172 S 133rd East Ave Tulsa, OK 74134-3300 | Fee Simple | unknown | | $230,000.00 |

Debtor    **Nguyen Win Properties LLC**
Name                                                    Case number *(if known)* **25-11795**

| | | | |
|---|---|---|---|
| 55.80 | **Subdivision: BRIARDALE (74850) Legal: LT 3 BLK 3 Section: 19 Township: 19 Range: 14** / 10892 E 33rd Pl Tulsa, OK 74146-1807 | Fee Simple | unknown | $230,000.00 |
| 55.81 | **Subdivision: MAYO PLAZA EXTENDED ADDN (26390) Legal: LT 2 BLK 3 Section: 16 Township: 19 Range: 14** / 13044 E 27th Pl Tulsa, OK 74134-2420 | Fee Simple | unknown | $210,000.00 |
| 55.82 | **Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14** / 14234 E 37th St Tulsa, OK 74134-5701 | Fee Simple | unknown | $230,000.00 |
| 55.83 | **Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14** / 5807 E King St Tulsa, OK 74115-6711 | Fee Simple | unknown | $160,000.00 |
| 55.84 | **Subdivision: BRIARGLEN EAST PRT RES A BRIARGLEN EXT (74955) Legal: LT 9 BLK 3 Section: 20 Township: 19 Range: 14** / 3344 S 124th East Ave Tulsa, OK 74146-2235 | Fee Simple | unknown | $200,000.00 |
| 55.85 | **Subdivision: ROLLING HILLS THIRD ADDN (36250) Legal: LOT 2 BLK 11 Section: 01 Township: 19 Range: 14** / 18534 E 4th St Tulsa, OK 74108-2332 | Fee Simple | unknown | $160,000.00 |
| 55.86 | **Subdivision: VALLEY GLEN (44000) Legal: LOT 2 BLK 7 Section: 18 Township: 19 Range: 14** / 10936 E 27th St Tulsa, OK 74129-7525 | Fee Simple | unknown | $180,000.00 |
| 55.87 | **10-20-11 BEG 952.25' W OF SE/C-N 661.97'-W 320.77'-S 226.18'-E 241.46'-S 435.8'-E 81.45' TO POB** / 10841 W Overlook Dr Sand Springs, OK 74063-7873 | Fee Simple | unknown | $220,000.00 |
| 55.88 | **Subdivision: BERRY-HART ADDN (03350) Legal: LT-3-BLK-6 Section: 31 Township: 20 Range: 13** / 1156 N Wheeling Ave Tulsa, OK 74110-4674 | Fee Simple | unknown | $10,000.00 |
| 55.89 | **Subdivision: EASTMOOR PARK (12150) Legal: LTS 7 & 8 BLK 5 Section: 11 Township: 19 Range: 13** / 1228 S 74th East Ave Tulsa, OK 74112-6718 | Fee Simple | unknown | $250,000.00 |

| Debtor | Nguyen Win Properties LLC | Case number *(if known)* 25-11795 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.90 | **Subdivision: MEADOWOOD ADDN (26825) Legal: LT 10 BLK 5 Section: 01 Township: 19 Range: 13 /** 9309 E 3rd Pl Tulsa, OK 74129 | Fee Simple | unknown | $165,000.00 |
| 55.91 | **Subdivision: EASTPARK (12210) Legal: LT 37 BLK 9 Section: 16 Township: 19 Range: 14 /** 3014 S 132nd East Ave Tulsa, OK 74134-2858 | Fee Simple | unknown | $220,000.00 |
| 55.92 | **Subdivision: STACEY LYNN FIFTH (81210) Legal: LT 17 BLK 11 Section: 15 Township: 18 Range: 14 /** 1676 S Redbud Pl Broken Arrow, OK 74012-5108 | Fee Simple | unknown | $180,000.00 |
| 55.93 | **Subdivision: BURNING TREE EAST (75085) Legal: LT 10 BLK 1 Section: 01 Township: 18 Range: 13 /** 8819 E 62nd St Tulsa, OK 74133-1315 | Fee Simple | unknown | $325,000.00 |
| 55.94 | **Legal Description BEG SE COR S2NE: S89A18'12W 2660.57'; N0A50'16W 1321.04'; N89A16'47E 1256.41'; S0A52'16E 806.74'; N86A32'12E 945.52'; S68A23'8E 132.3'; S0A52'16E 238.23'; N89A59'8E 336.57'; S0A52'11E 268' TO POB SECTION 12-8-9 1295-484 1330-494 /** 2653 N 337 Rd Holdenville, OK 74848 | Fee Simple | unknown | $880,000.00 |
| 55.95 | **Subdivision: BRIARWOOD SECOND ADDN (05075) Legal: LT 11 BLK 4 Section: 24 Township: 19 Range: 13 /** 4014 S 94th East Ave Tulsa, OK 74145-3734 | Fee Simple | unknown | $245,000.00 |
| 55.96 | **Subdivision: MOELLER HGTS (28025) Legal: LT 4 BLK 1 Section: 11 Township: 19 Range: 13 /** 1519 S 76th East Ave Tulsa, OK 74112-7736 | Fee Simple | unknown | $225,000.00 |
| 55.97 | **Subdivision: ROLLING OAKS V (86724) Legal: LT 5 BLK 1 Section: 19 Township: 19 Range: 12 /** 4029 S Rolling Oaks Dr Tulsa, OK 74107-4874 | Fee Simple | unknown | $340,350.00 |
| 55.98 | **Subdivision: HANOVER TERRACE (17350) Legal: N/2 OF E 140 LT 9 BLK 1 Section: 19 Township: 19 Range: 13 /** 3514 S Utica Ave Tulsa, OK 74105 | Fee Simple | unknown | $300,000.00 |

**Schedule A/B: Assets — Real and Personal Property**

Debtor **Nguyen Win Properties LLC**

Name

Case number *(if known)* 25-11795

| | | | |
|---|---|---|---|
| 55.99 **Subdivision: BRIARWOOD (05000) Legal: LT 3 BLK 2 Section: 24 Township: 19 Range: 13** / 3115 S 89th East Ave Tulsa, OK 74145-1624 | Fee Simple | unknown | $215,000.00 |
| 55.10 **Subdivision: RIDGEWOOD ADDN OF TRACY PARK ADDN (35300) Legal: LT 19 & S 33 LT 20 BLK 6 Section: 12 Township: 19 Range: 12** / 1215 S Newport Ave Tulsa, OK 74120-5007 | Fee Simple | unknown | $1,000,000.00 |
| 55.10 **Subdivision: MIXON TROTTER HGTS ADDN (27900) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13** / 2633 E Haskell St Tulsa, OK 74110 | Fee Simple | unknown | $60,000.00 |
| 55.10 **Subdivision: WILLI MAE ADDN (47325) Legal: LT 8 BLK 1 Section: 32 Township: 20 Range: 13** / 3216 E Oklahoma Pl Tulsa, OK 74110-4821 | Fee Simple | unknown | $100,000.00 |
| 55.10 **Subdivision: HUFFMAN HGTS (19650) Legal: LT 10 BLK 2 Section: 35 Township: 20 Range: 13** / 6946 E Oklahoma Pl Tulsa, OK 74115-5644 | Fee Simple | unknown | $100,000.00 |
| 55.10 **Subdivision: MAPLEWOOD 2ND ADDN OF TR A POLSTON ACRES (25200) Legal: LT 6 BLK 4 Section: 35 Township: 20 Range: 13** / 6762 E Haskell Pl Tulsa, OK 74115-7825 | Fee Simple | unknown | $120,000.00 |
| 55.10 **Subdivision: MAPLEWOOD ADDN (25050) Legal: LT 15 BLK 7 Section: 34 Township: 20 Range: 13** / 6347 E Newton St Tulsa, OK 74115-6619 | Fee Simple | unknown | $120,000.00 |
| 55.10 **Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200) Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13** / 3347 E Virgin St Tulsa, OK 74115 | Fee Simple | unknown | $120,000.00 |
| 55.10 **Subdivision: WILLI MAE ADDN (47325) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13** / 3220 E Oklahoma Pl Tulsa, OK 74110-4821 | Fee Simple | unknown | $100,000.00 |
| 55.10 **Subdivision: WILLI MAE ADDN (47325) Legal: LT 5 BLK 2 Section: 32 Township: 20 Range: 13** / 3219 E Oklahoma Pl Tulsa, OK 74110-4820 | Fee Simple | unknown | $100,000.00 |

Debtor    **Nguyen Win Properties LLC**                                    Case number *(if known)* **25-11795**
          Name

| | | | |
|---|---|---|---|
| 55.108 **Subdivision: WILLI MAE ADDN (47325) Legal: LT 4 BLK 2 Section: 32 Township: 20 Range: 13** / 1440 N Gary Pl Tulsa, OK 74110-4819 | Fee Simple | unknown | $100,000.00 |
| 55.11 **Subdivision: WILLI MAE ADDN (47325) Legal: LT 4 BLK 2 Section: 32 Township: 20 Range: 13** / 510 S 108th East Ave Tulsa, OK 74128-2828 | Fee Simple | unknown | $150,000.00 |
| 55.11 **Subdivision: MIXON TROTTER HGTS ADDN (27900) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13** / 701 N Birmingham Pl Tulsa, OK 74110-5317 | Fee Simple | unknown | $150,000.00 |
| 55.11 **Subdivision: TIMBERCREST ESTATES RESUB PRT B4 5 & ALL B6-7 TIMBERCREST (73630) Legal: LT 5 BLK 2 Section: 09 Township: 18 Range: 13** / 8018 S Marion Ave Tulsa, OK 74136 | Fee Simple | unknown | $720,000.00 |
| 55.11 **Subdivision: MAGIC CIRCLE THIRD ADDN (24600) Legal: LT 24 BLK 6 Section: 18 Township: 19 Range: 14** / 2511 S 110th E Ave Tulsa, OK 74129-5032 | Fee Simple | unknown | $200,000.00 |
| 55.11 **Subdivision: WINDSOR PARK SOUTH EXT (74190) Legal: LT 16 BLK 4 Section: 04 Township: 18 Range: 13** / 6723 S Marion Ave Tulsa, OK 74136-2810 | Fee Simple | unknown | $375,000.00 |
| 55.11 **Subdivision: BURNING TREE SOUTH (75115) Legal: LT 3 BLK 1 Section: 01 Township: 18 Range: 13** / 9035 E 67th St Tulsa, OK 74133-2208 | Fee Simple | unknown | $270,000.00 |
| 55.11 **Subdivision: SHERIDAN TERRACE (38050) Legal: LT 22 BK 3 Section: 23 Township: 19 Range: 13** / 6737 S 32nd Pl Tulsa, OK 74145-1217 | Fee Simple | unknown | $182,800.00 |
| 55.11 **Subdivision: JOHANSEN ACRES AMD (20650) Legal: LT-4-BLK-6-&-N.40'VAC. ST. ON S. Section: 14 Township: 19 Range: 13** / 6740 E 25th Pl Tulsa, OK 74129-2208 | Fee Simple | unknown | $265,500.00 |
| 55.11 **Subdivision: BROOKWOOD (70150) Legal: LT 29 BLK 4 Section: 16 Township: 18 Range: 13** / 8436 S Toledo Ave Tulsa, OK 74137-1845 | Fee Simple | unknown | $316,700.00 |

Debtor    **Nguyen Win Properties LLC**                                    Case number *(if known)* __25-11795__
          _____
          Name

| | | | |
|---|---|---|---|
| 55.11 **Subdivision: PATRICK HENRY B24-37 (31975) Legal: LT 8 BLK 36 Section: 28 Township: 19 Range: 13** / 4178 E 49th St Tulsa, OK 74135-3218 | Fee Simple | unknown | $290,900.00 |
| 55.12 **Subdivision: BRIARWOOD (05000) Legal: LT 8 BLK 4 Section: 24 Township: 19 Range: 13** / 9034 E 32nd Pl Tulsa, OK 74145-1610 | Fee Simple | unknown | $217,300.00 |
| 55.12 **Subdivision: FEDERAL HGTS SECOND ADDN (14175) Legal: LT 21 BLK 16 Section: 33 Township: 20 Range: 13** / 135 N New Haven Ave Tulsa, OK 74115-7305 | Fee Simple | unknown | $79,200.00 |
| 55.12 **Subdivision: LOSEY'S ADDN (23900) Legal: LT-4-BLK-2 Section: 27 Township: 20 Range: 13** / 5907 E Reading St Tulsa, OK 74115-4425 | Fee Simple | unknown | unknown |
| 55.12 **Subdivision: THE POUDER AND POMEROY ADDN (33575) Legal: LT 1 BLK 1 Section: 35 Township: 20 Range: 12** / 1173 N Main St Tulsa, OK 74106 | Fee Simple | unknown | $96,800.00 |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | $26,757,550.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |

Debtor   **Nguyen Win Properties LLC**                Case number *(if known)* **25-11795**
Name

---

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

**Subdivision: ALBERT PIKE 2ND SUB (01450) Legal: S110 N250 E165 LT 10 LESS E30 FOR STREET Section: 21 Township: 19 Range: 13**

| unknown | – | unknown | =➜ | $800,000.00 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____

Tax year _____

Tax year _____

---

Debtor    **Nguyen Win Properties LLC**                                          Case number *(if known)* __25-11795__
          Name

| 73. | Interests in insurance policies or annuities | |
|---|---|---|
| | Country Financial Insurance Policy Number P010862873 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-CJ-Y367-0 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EL-3421-6 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E1-3377-8 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E1-9635-3 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-CJ-L395-4 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EL-2610-7 | unknown |
| | Steadily Insurance Agency Policy SP3-OK-18743542-00 | unknown |
| | Shelter Insurance Policy No. 35-1-C-10444069-3 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-CE-Q891-0 | unknown |
| | Shelter Insurance Policy No. 35-D855-13 | unknown |
| | Shelter Insurance Policy No. 35-73-10444069-13 | unknown |
| | Shelter Insurance Policy No. 35-73-10444069-42 | unknown |
| | Country Financial Insurance Policy Number P010926510 | unknown |
| | Country Financial Insurance Policy Number P010926482 | unknown |
| | Country Financial Insurance Policy Number P010895073 | unknown |
| | Country Financial Insurance Policy Number P010863416 | unknown |
| | Shelter Insurance Policy No. 35-31-10444069-2 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E9-6609-2 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-CJ-L210-3 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E3-9247-3 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E2-0022-5 | unknown |
| | Shelter Insurance Policy No. 35-73-10444069-56 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E3-0780-4 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-CW-L058-1 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E3-1434-1 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-ER-8135-8 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-ER-6932-6 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EB-J642-1 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EB-J662-3 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-E1-3223-2 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EB-J653-4 | unknown |
| | State Farm Fire and Casualty Company Policy No 96-EB-J652-2 | unknown |

Debtor    **Nguyen Win Properties LLC**
_____
     Name

Case number *(if known)* **25-11795**
_____

| | |
|---|---:|
| **State Farm Fire and Casualty Company Policy No 96-EB-J657-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GE-5695-6** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EL-2734-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-0782-8** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J644-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CW-L087-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J651-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GE-5691-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E0-8243-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-ER-8352-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EA-L456-6** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GE-5692-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J648-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CP-G137-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CT-X348-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-0786-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J117-8** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J656-1** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J660-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E2-0020-1** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-9248-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-9255-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-0784-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CK-X533-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-0764-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-0761-4** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-28** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-23** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E7-4793-4** | unknown |
| **Shelter Insurance Policy No. 35-76-C-10444069-3** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-22** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E4-3678-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EX-2023-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-0763-8** | unknown |

Debtor    **Nguyen Win Properties LLC**
          _____                    Case number *(if known)* **25-11795**
          Name

| | |
|---|---:|
| **State Farm Fire and Casualty Company Policy No 96-EL-3420-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E9-6633-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EW-0197-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CT-X398-7** | unknown |
| **Country Financial Insurance Policy Number P010895077** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CT-X358-8** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CT-X448-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-8240-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-9253-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-9256-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CV-U680-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-9249-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CH-S050-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-B9-B096-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E2-0024-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CG-G629-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-ER-8134-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CM-S330-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EL-2608-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E2-6407-8** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EL-2613-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EW-0018-6** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E3-1385-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E1-2932-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E2-0023-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EX-2245-1** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-29** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-25** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-EB-J658-5** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-0760-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CU-E400-4** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-E1-9665-6** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-GB-0759-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CP-F260-4** | unknown |

Debtor   **Nguyen Win Properties LLC**                          Case number *(if known)* **25-11795**
          Name

| | |
|---|---|
| **State Farm Fire and Casualty Company Policy No 96-CJ-S195-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CN-G589-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CJ-Y593-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CJ-S201-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CK-Q240-3** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CJ-Y592-7** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CG-G634-9** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CK-J709-2** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CN-T894-1** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-CK-J708-0** | unknown |
| **State Farm Fire and Casualty Company Policy No 96-BL-R409-4** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-14** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-15** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-16** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-18** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-17** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-19** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-20** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-21** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-24** | unknown |
| **Shelter Insurance Policy No. 35-73-10444069-5** | unknown |

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

  **Right to recovery against First Bank and Trust**                          $200,000.00

  **Nature of claim**

  **Amount requested**            **unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  **Nature of claim**

  **Amount requested**

76.  **Trusts, equitable or future interests in property**

Debtor    **Nguyen Win Properties LLC**                          Case number *(if known)* __25-11795__
          Name

---

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | _____ | _____ |
| | _____ | _____ |
| 78. | **Total of Part 11** | **$1,000,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ☑ No | |
| | ☐ Yes | |

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $112,719.59 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,960.75 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $727,808.58 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. | **Real property.** *Copy line 56, Part 9.*..................................➜ | | $26,757,550.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | $1,844,488.92 | +91b. $26,757,550.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | | $28,602,038.92 |

Fill in this information to identify the case:

Debtor name **Nguyen Win Properties LLC**

United States Bankruptcy Court for the: **Northern** District of **Oklahoma**
(State)

Case number (if known): **25-11795**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**
City of Tulsa

**Creditor's mailing address**
Finance Dept.

175 E 2nd St

Tulsa, OK 74103-3202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1) WeStreet Credit Union; **2) City of Tulsa**; 3) City of Tulsa; 4) City of Tulsa

**Describe debtor's property that is subject to a lien**
Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200)
Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$351.90**   Value of collateral: **$120,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$22,547,627.64**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page  of ___

**2.2** Creditor's name

**City of Tulsa**

Creditor's mailing address

**Finance Dept.**

**175 E 2nd St**

**Tulsa, OK 74103-3202**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **5   3   4   0**
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines   **2.1**

Describe debtor's property that is subject to a lien

Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200)          $576.15          $120,000.00
Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral** |
| Do not deduct the value of collateral. | **that supports this claim** |

**2.3** Creditor's name

**City of Tulsa**

Creditor's mailing address

**Finance Dept.**

**175 E 2nd St**

**Tulsa, OK 74103-3202**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **4 7 8 0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　1) First Bank and Trust; **2) City of Tulsa**; 3) City of Tulsa

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: BROOKDALE ADDN (05375) Legal: LT 31 BLK 2 Section: 25 Township: 20 Range: 12

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$627.90                    $150,000.00

---

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page ___ of ___

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** Creditor's name

**City of Tulsa**

Describe debtor's property that is subject to a lien

Subdivision: RIDGEWOOD ADDN OF TRACY PARK ADDN (35300) Legal: LT 19 & S 33 LT 20 BLK 6 Section: 12 Township: 19 Range: 12

$1,200.00          $1,000,000.00

Creditor's mailing address

**Finance Dept.**

**175 E 2nd St**

**Tulsa, OK 74103-3202**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred  _____

Last 4 digits of account number   **4   3   3   0**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    1) Vontive; 2) Vontive; **3) City of Tulsa**

  ☐ Yes. The relative priority of creditors is specified on lines  _____

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)  **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** Creditor's name

**City of Tulsa**

Creditor's mailing address

**Finance Dept.**

**175 E 2nd St**

**Tulsa, OK 74103-3202**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    **3   4   8   0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

Describe debtor's property that is subject to a lien

Subdivision: BROOKDALE ADDN (05375) Legal: LT 31 BLK 2 Section: 25 Township: 20 Range: 12

**$1,570.90**    **$150,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

| Debtor | Nguyen Win Properties LLC | Case number (if known) | 25-11795 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

City of Tulsa

Creditor's mailing address

Finance Dept.

175 E 2nd St

Tulsa, OK 74103-3202

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   5  3  4  0

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

Describe debtor's property that is subject to a lien

Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200)
Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13

                                        $524.40           $120,000.00

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Nguyen Win Properties LLC**                                   Case number (if known) **25-11795**
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

**City of Tulsa**

Creditor's mailing address

**Finance Dept.**

**175 E 2nd St**

**Tulsa, OK 74103-3202**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **0  6  0  0**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) First Bank and Trust; **2) City of Tulsa**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: ENGLEWOOD ADDN (13200) Legal: LT 6 BLK 1 Section: 26 Township: 20 Range: 12

**Describe the lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$792.33**

Column B: **$100,000.00**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.8** Creditor's name

**Dominion Financial**

Creditor's mailing address

**32 South St**

**Baltimore, MD 21202**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___  ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: SOUTHWOOD SOUTH ADDN (55940)
Legal: LT 6 BLK 1 Section: 12 Township: 17 Range: 13

$130,000.00

$200,000.00

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor | **Nguyen Win Properties LLC** | | Case number (if known) | **25-11795** |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Fay Servicing, LLC**

**Describe debtor's property that is subject to a lien**

Subdivision: PARK PLAZA FOURTH ADDN (31450)
Legal: LT 3 BLK 6 Section: 27 Township: 19 Range: 13

Column A: **$294,900.00**
Column B: **$385,000.00**

**Creditor's mailing address**

**1601 Lyndon B Johnson Fwy Ste 150**

**Dallas, TX 75234-6519**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **8   8   6   1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Fay Servicing, LLC**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **Nguyen Win Properties LLC**

Name

Case number (if known)  **25-11795**

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** Creditor's name

**Fay Servicing, LLC**

Creditor's mailing address

**1601 Lyndon B Johnson Fwy Ste 150**

**Dallas, TX 75234-6519**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **0  8  2  3**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: MAGIC CIRCLE THIRD ADDN (24600)
Legal: LT 13 BLK 5 Section: 18 Township: 19 Range: 14

**$150,000.00**    **$230,000.00**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** Creditor's name

**Fay Servicing, LLC**

Creditor's mailing address

**1601 Lyndon B Johnson Fwy Ste 150**

**Dallas, TX 75234-6519**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **3   7   9   9**
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Fay Servicing, LLC**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Subdivision: CHIMNEY HILLS ESTATES BLK 18-31 (75303) Legal: LT 5 BLK 30 Section: 14 Township: 18 Range: 13

Describe the lien

**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $300,000.00 | $500,000.00 |

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

**2.12** **Creditor's name**

**First Bank and Trust**

**Creditor's mailing address**

**923 W. Main**

**Duncan, OK 73533-0000**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** **1   4   1   3**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SHANNON PARK FIFTH ADDN (37605)
Legal: LT 5 BLK 7 Section: 17 Township: 19 Range: 14

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $90,950.11 | $220,000.00 |
|---|---|

Debtor    **Nguyen Win Properties LLC**
Name

Case number (if known)  **25-11795**

| **Part 1:** | **Additional Page** | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** Creditor's name

**First Bank and Trust**

Creditor's mailing address

**923 W. Main**

**Duncan, OK 73533-0000**

Creditor's email address, if known

Date debt was incurred    **05/14/2021**

Last 4 digits of account number    **1   3   9   3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    For Subdivision: ENGLEWOOD ADDN (13200) Legal: LT 6 BLK 1 Section: 26 Township: 20 Range: 12; **1) First Bank and Trust**; 2) City of Tulsa; For Subdivision: SILVER CHASE AMD (73025) Legal: LT 18 BLK 1 Section: 21 Township: 18 Range: 13; **1) First Bank and Trust**; 2) Silver Chase Home Owners Association; For Subdivision: BRIARWOOD RES A L 35-36 B7 & B11-17 (05025) Legal: LT 12 BLK 12 Section: 24 Township: 19 Range: 13; **1) First Bank and Trust**; 2) Vontive; For Subdivision: BROOKDALE ADDN (05375) Legal: LT 31 BLK 2 Section: 25 Township: 20 Range: 12; **1) First Bank and Trust**; 2) City of Tulsa; 3) City of Tulsa

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: MAPLEWOOD EXTENDED ADDN (25150) Legal: LT 27 BLK 24 Section: 34 Township: 20 Range: 13. Subdivision: WEDGEWOOD VI (77650) Legal: LT 33 BLK 4 Section: 06 Township: 18 Range: 14. Subdivision: WAGON WHEEL ADDN RESUB PRT B22&24-25 (45475) Legal: LT 12 BK 22 Section: 06 Township: 19 Range: 14. Subdivision: BURNING TREE (75075) Legal: LT 12 BLK 5 Section: 01 Township: 18 Range: 13. Subdivision: POMEROY HGTS ADDN (33425) Legal: PRT LT 2 BEG 16F NWC LT 2 TH S62 44 E51 N62 44 W51 POB LESS N3.5 THEREOF FOR ST BLK 1. Subdivision: SUN VALLEY SECOND ADDN (41675) Legal: LT 2 BLK 6 Section: 35 Township: 20 Range: 13. Subdivision: MERCER SUB (27225) Legal: LT 5 BLK 1 Section: 32 Township: 20 Range: 13. Subdivision: MARY-ELLEN ADDN (25600) Legal: LT 9 BLK 4 Section: 34 Township: 20 Range: 13. Subdivision: PORTLAND PLACE ADDN (33475) Legal: N50 S150 LT 1 BLK 1 Section: 32 Township: 20 Range: 13. Subdivision: LONGVIEW ACRES 2ND (23575) Legal: LT 12 BLK 15 Section: 24 Township: 19 Range: 13. Subdivision: BURNING TREE SOUTH (75115) Legal: LT 17 BLK 6 Section: 01 Township: 18 Range: 13. Subdivision: BRIARDALE SECOND (74860) Legal: LT 13 BLK 9 Section: 19 Township: 19 Range: 14. Subdivision: HICKORY PLACE PRT RSB L 01 B1 VACATION CTR 2ND ADDN (79430) Legal: LT 28 BLK 1 Section: 03 Township: 18 Range: 14. Subdivision: ROBERTS ADDN B1-3 PRT B4 & B5-6 (35900) Legal: LT 2 BLK 2 Section: 30 Township: 20 Range: 13. Subdivision: HIGHLAND HILLS AMD (18375) Legal: LT 17 BLK 4 Section: 23 Township: 20 Range: 12. Subdivision: TEEL TERRACE (41950) Legal: LT 18 BLK 4 Section: 24 Township: 20 Range: 12. Subdivision: FEDERAL HGTS SECOND ADDN (14175) Legal: LT 18 BLK 16 Section: 33 Township: 20 Range: 13. Subdivision: STACEY LYNN ADDN (40325) Legal: LT 13 BLK 2 Section: 17 Township: 19 Range: 14. Subdivision: LOUISVILLE HGTS ADDN B1-8 (24175) Legal: LOT-30-BLK-1 Section: 28 Township: 20 Range: 13. Subdivision: ENGLEWOOD ADDN (13200) Legal: LT 6 BLK 1 Section: 26 Township: 20 Range: 12. Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200) Legal: LOT 1 BLK 26 Section: 28 Township: 20 Range: 13. A TRACT OF LAND LOCATED IN THE SOUTHWEST QUARTER (SW/4) IN SECTION 32, TOWNSHIP 17 NORTH, RANGE 12 EAST OF THE INDIAN BASE AND MERIDIAN, CREEK COUNTY, STATE OF OKLAHOMA ACCORDING TO THE U.S. GOVERNMENT SURVEY THEREOF, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TOWIT: COMMENCING AT THE SOUTHWEST CORNER OF SAID SW/4 OF SECTION 32; THENCE N 00° 19' 20" E ALONG THE WEST LINE OF SAID SW/4 OF SECTION 32 A DISTANCE OF 1639.66 FEET; THENCE S 89° 59' 47" E PARALLEL TO THE NORTH LINE OF SAID SW/4 OF SECTION 32 A DISTANCE OF 654.98 FEET TO THE BEGINNING; THENCEN 00°19'20" E A DISTANCE OF 500.59 FEET; THENCE S 89°59'47" EA DISTANCE OF 654.46 FEET TO THE WESTERLY RIGHT OF WAY OF HIGHWAY 75-A; THENCE S 02°56'29" E ALONG SAID RIGHT-OF-WAY FOR A DISTANCE OF 501.27 FEET; THENCE N 89°59'47" W FOR A DISTANCE OF 683.00 FEET TO THE POINT OF BEGINNING CONTAINING 7.68 ACRES, MORE OR LESS. Property Address: 17778 South Highway 75 A, Mounds, OK 74047. Subdivision: TULSA HGTS (43300) Legal: LT 373 BK 29 Section: 29 Township: 20 Range: 13. Subdivision: SOUTHBROOK (83800) Legal:

$5,316,278.19    $8,169,700.00

LT 4 BLK 4 Section: 05 Township: 18 Range: 14.
Legal: LT 5 BLK 2 Section: 09 Township: 18 Range: 14.
Subdivision: MESA PARK (27250) Legal: LT 2 BLK 4
Section: 18 Township: 19 Range: 14. Subdivision:
SHANNON PARK FIFTH ADDN (37605) Legal: LOT 8
BLK 4 Section: 17 Township: 19 Range: 14.
Subdivision: FITTS ADDN (14450) Legal: LT 20 BLK 2
Section: 29 Township: 20 Range: 13. Subdivision:
MEADOWBROOK SECOND ADDN RESUB B6-7
ACRE GARDENS ADDN (26735) Legal: LOT-7-BLK-7,
Section 30.0 Township 24N Range 20E Legal
Description BROWN'S ADDITION 702/518 BLK 5 LOT
2. Subdivision: TOMMY'S ADDN (42725) Legal: LT 5
BLK 1 Section: 28 Township: 20 Range: 13.
Subdivision: NEW HAVEN ADDN B11-13 (29025)
Legal: LOT 2 BLK 11 Section: 28 Township: 20 Range:
13. Subdivision: SILVER CHASE AMD (73025) Legal:
LT 18 BLK 1 Section: 21 Township: 18 Range: 13.
Subdivision: BRIARWOOD RES A L35-36 B7 & B11-17
(05025) Legal: LT 12 BLK 12 Section: 24 Township: 19
Range: 13. Subdivision: EL BRAD (12600) Legal: LT 4
BLK 3 Section: 28 Township: 20 Range: 13.
Subdivision: SUBURBAN ACRES SECOND (40825)
Legal: LT 19 BLK 5 Section: 13 Township: 20 Range:
12. Subdivision: BROOKDALE ADDN (05375) Legal: LT
31 BLK 2 Section: 25 Township: 20 Range: 12.
Subdivision: YALE CREST THIRD ADDN (49700)
Legal: LT 7 BLK 2 Section: 34 Township: 20 Range: 13.
Subdivision: CHERRY HILLS (08200) Legal: LT 12 BLK
1 Section: 22 Township: 19 Range: 13. Subdivision:
MAPLEWOOD ADDN (25050) Legal: LT 12 BLK 17
Section: 34 Township: 20 Range: 13. Subdivision:
GLENHAVEN (16300) Legal: S77.5 N155 E/2 OF BLK
32 Section: 03 Township: 19 Range: 13. Subdivision:
DOLLIE-MAC ADDN (11575) Legal: LT 4 BLK 6
Section: 35 Township: 20 Range: 13. Subdivision:
WOODLAND VIEW PARK 2ND PRT B1-3 & L1-7 B4 &
L1-19 B5 (77865) Legal: LT 10 BLK 5 Section: 36
Township: 19 Range: 13. Subdivision: BRIARWOOD
(05000) Legal: LT 8 BLK 4 Section: 24 Township: 19
Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.14** Creditor's name

**First Bank and Trust**

Creditor's mailing address

**923 W. Main**

**Duncan, OK 73533-0000**

Creditor's email address, if known

Date debt was incurred     **03/04/2021**

Last 4 digits of account number     **1 3 9 1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

Lot Twenty-Three (23), PORTER ACRES, a Subdivision of part of E/2 of NE/4 of Section 16, Township 16 North, Range 17 East of the Indian Base and Meridian, Wagoner County, State of Oklahoma.

**$279,518.98**     **$436,600.00**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Nguyen Win Properties LLC**
　　　　Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** Creditor's name

**First Bank and Trust**

Creditor's mailing address

**923 W. Main**

**Duncan, OK 73533-0000**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account **1  5  8  9**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____
　　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: ALBERT PIKE 2ND SUB (01450) Legal: S110 N250 E165 LT 10 LESS E30 FOR STREET Section: 21 Township: 19 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $671,060.91 | $0.00 |

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page ___ of ___

Debtor    **Nguyen Win Properties LLC**
Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** **Creditor's name**

**First Pryority Bank**

**Creditor's mailing address**

**10632 S. Memorial Dr.**

**Tulsa, OK 74133-7317**

**Creditor's email address, if known**

**Date debt was incurred**   02/14/2023

**Last 4 digits of account number**   9  5  0  8

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) NewRez dba Shellpoint Mortgage; **2) First Pryority Bank**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: MEADOWOOD ADDN (26825) Legal: LT 10 BLK 5 Section: 01 Township: 19 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $91,991.70 | $165,000.00 |

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**
_____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.17** Creditor's name

**Kiavi Funding, Inc**

**Creditor's mailing address**

**2 Allegheny Center, Nova Tower 2 Suite 200**

**Pittsburgh, PA 15212**

**Creditor's email address, if known**

Date debt was incurred   **07/09/2024**

Last 4 digits of account number   **5  6  8  1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    1) NewRez dba Shellpoint Mortgage; **2) Kiavi Funding, Inc**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: STACEY LYNN FIFTH (81210) Legal: LT 17 BLK 11 Section: 15 Township: 18 Range: 14

**$120,000.00**   |   **$180,000.00**

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.18**   Creditor's name

**Kiavi Funding, Inc**

Creditor's mailing address

**2 Allegheny Center, Nova Tower 2**
**Suite 200**

**Pittsburgh, PA 15212**

Creditor's email address, if known

Date debt was incurred    **06/24/2024**

Last 4 digits of account number    **7**   **0**   **2**   **0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.   Specify each creditor, including this creditor, and its relative priority.

       1) Selene Finance; **2) Kiavi Funding, Inc**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: EASTMOOR PARK (12150) Legal: LTS 7 & 8 BLK 5 Section: 11 Township: 19 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$173,250.00** | **$250,000.00** |

Debtor    **Nguyen Win Properties LLC**                                    Case number (if known) __25-11795__
            Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.19** Creditor's name

**NewRez dba Shellpoint Mortgage**

**Describe debtor's property that is subject to a lien**
Subdivision: MEADOWOOD ADDN (26825) Legal: LT 10 BLK 5 Section: 01 Township: 19 Range: 13

$104,000.00     $165,000.00

Creditor's mailing address

**Po Box 650840**

**Dallas, TX 75265-0840**

**Describe the lien**
**Mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.16**

Debtor __**Nguyen Win Properties LLC**__
Name

Case number (if known) __25-11795__

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

__NewRez dba Shellpoint Mortgage__

**Creditor's mailing address**

__Po Box 650840__

__Dallas, TX 75265-0840__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) NewRez dba Shellpoint Mortgage**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: EASTPARK (12210) Legal: LT 37 BLK 9 Section: 16 Township: 19 Range: 14

**$95,000.00**   **$220,000.00**

**Describe the lien**

__Mortgage__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.21** Creditor's name

**NewRez dba Shellpoint Mortgage**

Describe debtor's property that is subject to a lien

Subdivision: STACEY LYNN FIFTH (81210) Legal: LT 17 BLK 11 Section: 15 Township: 18 Range: 14

$119,731.14    $180,000.00

**Creditor's mailing address**

**Po Box 650840**

**Dallas, TX 75265-0840**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **3  0  5  4**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.22** **Creditor's name**

**NewRez dba Shellpoint Mortgage**

**Creditor's mailing address**

**Po Box 650840**

**Dallas, TX 75265-0840**

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **1) NewRez dba Shellpoint Mortgage**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: BURNING TREE EAST (75085) Legal: LT 10 BLK 1 Section: 01 Township: 18 Range: 13

**$218,000.00**    **$325,000.00**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known) __25-11795__

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.23** **Creditor's name**

**Pennymac Loan Services**

**Creditor's mailing address**

**PO Box 514387**

**Los Angeles, CA 90051-0000**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   2  4  1  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SHERIDAN TERRACE (38050) Legal: LT 22 BK 3 Section: 23 Township: 19 Range: 13

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**

**$182,800.00**

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.24**   **Creditor's name**

**Renovo**

**Creditor's mailing address**

**222 W Adams St**

**Chicago, IL 60606-5312**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **1**   **5**   **2**   **3**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: JOE SUB (20625) Legal: LT 2 BLK F Section: 04 Township: 19 Range: 12, Subdivision: SAND SPRINGS-ORIGINAL TOWN (61475) Legal: LT 11 BLK 3 Section: 11 Township: 19 Range: 11, Subdivision: GLEN ACRES SUB-WEKIWA (16250) Legal: LT 14 BLK 5 Section: 05 Township: 19 Range: 12, Subdivision: MONTICELLO ADDN (28300) Legal: LOT-7-&-SOUTH 7'OF LOT-6-BLK-4 Section: 03 Township: 19 Range: 12, Subdivision: VERNDALE ADDN REPLAT (44750) Legal: LT 6 BLK 3 Section: 27 Township: 19 Range: 12, Subdivision: VERNDALE (44625) Legal: S20 LT 11 & ALL LT 12 BLK 5 Section: 04 Township: 19 Range: 12, Subdivision: VERNDALE (44625) Legal: S20 LT 11 & ALL LT 12 BLK 5 Section: 04 Township: 19 Range: 12, Subdivision: UNPLATTED (99203) Legal: BEG 684W & 25S NEC SE NW TH W139.5 S105 E139.5 N105 POB SEC 3 19 12 Section: 03 Township: 19 Range: 12

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$641,314.05     $994,000.00

**Remarks:** Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement

Debtor    **Nguyen Win Properties LLC**
Name

Case number (if known) __25-11795__

| **Part 1:** | **Additional Page** | | Column A | Column B |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**2.25** **Creditor's name**

**Renovo**

**Creditor's mailing address**

**222 W Adams St**

**Chicago, IL 60606-5312**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __9__ __8__ __1__ __6__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: EAST PORT ADDN (12060) Legal: LT 3 BLK 11 Section: 08 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $142,500.00 | $190,000.00 |

**Remarks:** Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page ___ of ___

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   25-11795

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.26** Creditor's name

**Renovo**

Creditor's mailing address

**222 W Adams St**

**Chicago, IL 60606-5312**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account   **0   2   2   3**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: TOMMY-LEE ADDN (42675) Legal: LT 20 BLK 9 Section: 02 Township: 19 Range: 13

**$159,700.00**   **$250,000.00**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.27** Creditor's name

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**   **4   5   3   2**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive; 3) WeStreet Credit Union

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: LEISURE LANES (22500) Legal: LT 18 BLK 3 Section: 11 Township: 19 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$166,092.77**   **$220,000.00**

**2.28** Creditor's name

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**   **2   1   5   9**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SHANNON PARK FIFTH ADDN (37605) Legal: LT 6 BLK 6 Section: 17 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$151,153.67**   **$185,000.00**

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) __25-11795__

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.29** **Creditor's name**

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __5__ __0__ __7__ __1__

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: CRESCENT HGTS ADDN (10125) Legal: LT 7 BLK 4 Section: 07 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$227,868.93 | $305,000.00

---

**2.30** **Creditor's name**

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __2__ __5__ __1__ __8__

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: REGENCY PARK WEST (34600) Legal: LT 26 BLK 4 Section: 25 Township: 19 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$154,185.39 | $225,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **4   4   6   9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: SWEETBRIAR B1-12 (77260) Legal: N135 LT 2 BLK 5 Section: 11 Township: 18 Range: 13

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$258,544.79**          **$400,000.00**

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   25-11795

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.32** **Creditor's name**

**Selene Finance**

**Creditor's mailing address**

**3501 Olympus Boulevard Suite 500**

**Coppell, TX 75019**

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account number**   **1  8  0  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: WAFUL HGTS RESUB B9 CITY VIEW & PRT B8&19 TULSA HGTS (45325) Legal: LT 6 BK 4 Section: 29 Township: 20 Range: 13. Subdivision: ELEVENTH STREET ACRES 2ND ADDN (12750) Legal: LT 8 BLK 2 Section: 04 Township: 19 Range: 14. Subdivision: DEVONSHIRE PLACE FOURTH RESUB BOULEVARD ACRES (11325) Legal: LT 38 BLK 2 Section: 24 Township: 20 Range: 12. Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 5 Section: 02 Township: 19 Range: 14. Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 6 Section: 02 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$554,443.13     $675,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ____ of ____

| Debtor | Nguyen Win Properties LLC | Case number (if known) | 25-11795 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.33** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **2  1  7  9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 6 Section: 02 Township: 19 Range: 14

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$236,146.53**   **$360,000.00**

**2.34** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **9  5  8  0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: FOREST CREEK II AMD (70645) Legal: LT 1 BLK 2 Section: 16 Township: 18 Range: 13

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$306,989.50**   **$420,000.00**

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
*Value of collateral that supports this claim*

**2.35** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number **2  7  4  3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: MAGIC CIRCLE ADDN (24525) Legal: LT 52 BLK 13 Section: 07 Township: 19 Range: 14

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$133,677.93**     **$180,000.00**

**2.36** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number **3  5  7  7**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lot Twenty (20), AMENDED PLAT OF FAIR OAKS EAST II, a Subdivision in Wagoner County, State of Oklahoma, according to the recorded Plat thereof.

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$275,774.01**     **$330,000.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor    **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
*Value of collateral that supports this claim*

**2.37** Creditor's name
**Selene Finance**

Describe debtor's property that is subject to a lien
Subdivision: DARLINGTON HILLS ADDN (10675)
Legal: LT 7 BLK 5 Section: 15 Township: 19 Range: 13

$214,977.18

$350,000.00

Creditor's mailing address
**PO Box 8619**

**Philadelphia, PA 19101-8619**

Describe the lien
**Mortgage**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **7 7 0 2**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    **1) Selene Finance**; 2) Vontive
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.38** Creditor's name
**Selene Finance**

Describe debtor's property that is subject to a lien
Subdivision: STONEBRAKER HGTS ADDN (40675)
Legal: LT 9 BK 5 Section: 12 Township: 19 Range: 12

$459,111.54

$700,000.00

Creditor's mailing address
**PO Box 8619**

**Philadelphia, PA 19101-8619**

Describe the lien
**Mortgage**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **1 1 8 5**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    **1) Selene Finance**; 2) Vontive
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor **Nguyen Win Properties LLC**
　　　Name

Case number (if known) **25-11795**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.39** Creditor's name

**Selene Finance**

**Describe debtor's property that is subject to a lien**

Subdivision: STACEY LYNN 6TH ADDN (81225) Legal: LT 3 BLK 5 Section: 22 Township: 18 Range: 14

**$83,228.77** | **$210,000.00**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** 　**7　5　6　2**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**2.40** Creditor's name

**Selene Finance**

**Describe debtor's property that is subject to a lien**

Subdivision: WAGON WHEEL ADDN B15-18 (45425) Legal: LT 8 BK 18 Section: 06 Township: 19 Range: 14

**$97,134.53** | **$210,000.00**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** 　**8　6　8　1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　**1) Selene Finance**; 2) Vontive

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**
_____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.41** Creditor's name

**Selene Finance**
_____

Creditor's mailing address

**PO Box 8619**
_____

**Philadelphia, PA 19101-8619**
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **2   2   6   6**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SHANNON PARK FIFTH ADDN (37605)
Legal: LT 12 BLK 7 Section: 17 Township: 19 Range: 14

**Describe the lien**

**Mortgage**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$167,816.31 | $220,000.00

**2.42** Creditor's name

**Selene Finance**
_____

Creditor's mailing address

**PO Box 8619**
_____

**Philadelphia, PA 19101-8619**
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **1   0   1   1**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Selene Finance**; 2) Vontive

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: BRIARGLEN ACRES ADDN (74875)
Legal: LT 5 BLK 2 Section: 21 Township: 19 Range: 14

**Describe the lien**

**Mortgage**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$126,505.53 | $230,000.00

Debtor **Nguyen Win Properties LLC**
　　　　Name

Case number (if known) _25-11795_

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.43** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  **5  0  8  0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　**1) Selene Finance**; 2) Vontive

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: BRIARDALE (74850) Legal: LT 3 BLK 3 Section: 19 Township: 19 Range: 14

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$154,885.56**    Column B: **$230,000.00**

---

**2.44** Creditor's name

**Selene Finance**

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  **2  9  9  7**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　**1) Selene Finance**; 2) Vontive

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: MAYO PLAZA EXTENDED ADDN (26390) Legal: LT 2 BLK 3 Section: 16 Township: 19 Range: 14

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$153,157.82**    Column B: **$210,000.00**

---

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.45** Creditor's name

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **3  5  1  9**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive; 3) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$170,474.73 | $230,000.00

**2.46** Creditor's name

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **2  7  5  8**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$87,666.06 | $160,000.00

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page ___ of ___

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.47** **Creditor's name**

**Selene Finance**

**Describe debtor's property that is subject to a lien**

Subdivision: BRIARGLEN EAST PRT RES A BRIARGLEN EXT (74955) Legal: LT 9 BLK 3 Section: 20 Township: 19 Range: 14

$138,779.65       $200,000.00

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account**  2  6  0  0
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

       **1) Selene Finance**; 2) Vontive

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.48** Creditor's name

**Selene Finance**

Creditor's mailing address

**3501 Olympus Boulevard Suite 500**

**Coppell, TX 75019**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  **0  2  4  2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: ROLLING HILLS THIRD ADDN (36250) Legal: LOT 2 BLK 11 Section: 01 Township: 19 Range: 14

$128,236.27

$160,000.00

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Nguyen Win Properties LLC**                                   Case number (if known) __25-11795__
    Name

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.49** Creditor's name

**Selene Finance**

Describe debtor's property that is subject to a lien

Subdivision: VALLEY GLEN (44000) Legal: LOT 2 BLK 7 Section: 18 Township: 19 Range: 14

    $136,869.51    $180,000.00

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Describe the lien

**Mortgage**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **2  7  6  0**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.50** Creditor's name

**Selene Finance**

Describe debtor's property that is subject to a lien

10-20-11 BEG 952.25' W OF SE/C-N 661.97'-W 320.77'-S 226.18'-E 241.46'-S 435.8'-E 81.45' TO POB

    $141,693.89    $220,000.00

Creditor's mailing address

**PO Box 8619**

**Philadelphia, PA 19101-8619**

Describe the lien

**Mortgage**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **9  3  4  5**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Selene Finance**; 2) Vontive

  ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Nguyen Win Properties LLC**
　　　　Name

Case number (if known) __25-11795__

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.51** **Creditor's name**

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __0__ __7__ __2__ __3__
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　**1) Selene Finance**; 2) Vontive

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: BERRY-HART ADDN (03350) Legal: LT-3-BLK-6 Section: 31 Township: 20 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$90,199.26 | $10,000.00

---

**2.52** **Creditor's name**

**Selene Finance**

**Creditor's mailing address**

**PO Box 8619**

**Philadelphia, PA 19101-8619**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __4__ __4__ __5__ __4__
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____

　☑ Yes. The relative priority of creditors is specified on lines __2.18__

**Describe debtor's property that is subject to a lien**

Subdivision: EASTMOOR PARK (12150) Legal: LTS 7 & 8 BLK 5 Section: 11 Township: 19 Range: 13

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

unknown | $250,000.00

---

Official Form 206D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page ____ of ____

Debtor     **Nguyen Win Properties LLC**
           _____          Case number (if known)   **25-11795**
           Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.53**  Creditor's name

**Silver Chase Home Owners Association**

Creditor's mailing address

**Collins & Associates
HOA Management
ATTN: April Hubler**

**5630 S Memorial Dr**

**Tulsa, OK 74145-9016**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account number   **2  2  8  0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.13**

**Describe debtor's property that is subject to a lien**
Subdivision: SILVER CHASE AMD (73025) Legal: LT 18 BLK 1 Section: 21 Township: 18 Range: 13

**Describe the lien**
**Homeowner's Association Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A amount of claim: **$1,124.91**
Column B value of collateral: **$650,000.00**

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.54** Creditor's name

**Sovereign Bank**

Creditor's mailing address

**130 E Macarthur St**

**Shawnee, OK 74804-2136**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Legal Description BEG SE COR S2NE: S89A18'12W 2660.57'; N0A50'16W 1321.04'; N89A16'47E 1256.41'; S0A52'16E 806.74'; N86A32'12E 945.52'; S68A23'8E 132.3'; S0A52'16E 238.23'; N89A59'8E 336.57'; S0A52'11E 268' TO POB SECTION 12-8-9 1295-484 1330-494

**$489,933.00**  **$880,000.00**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known) __25-11795__

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.55** Creditor's name

**Tandem**

**Creditor's mailing address**

**12131 113th Ave Ne Ste 201**

**Kirkland, WA 98034-6946**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **6   1   0   4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: BRIARWOOD SECOND ADDN (05075)
Legal: LT 11 BLK 4 Section: 24 Township: 19 Range: 13

$175,500.00 | $245,000.00

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.56** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred     **04/03/2025**

Last 4 digits of account number     **1  8  6  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: MOELLER HGTS (28025) Legal: LT 4 BLK 1 Section: 11 Township: 19 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$187,000.00** | **$225,000.00**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.57** **Creditor's name**

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred   **02/13/2025**

Last 4 digits of account number   **1  8  7  9**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

Subdivision: ROLLING OAKS V (86724) Legal: LT 5 BLK 1 Section: 19 Township: 19 Range: 12

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $227,000.00 | $340,350.00 |

Debtor    **Nguyen Win Properties LLC**
          _____
          Name

Case number (if known)  **25-11795**
          _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.58** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred     **08/16/2024**

Last 4 digits of account     **9   4   0   2**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: HANOVER TERRACE (17350) Legal: N/2 OF E 140 LT 9 BLK 1 Section: 19 Township: 19 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$135,000.00**          **$300,000.00**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.59** Creditor's name
**Vontive**

Describe debtor's property that is subject to a lien

Subdivision: BRIARWOOD (05000) Legal: LT 3 BLK 2
Section: 24 Township: 19 Range: 13

$165,000.00      $215,000.00

Creditor's mailing address
**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Describe the lien
**Promissory Note**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   **5  6  1  6**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor      **Nguyen Win Properties LLC**                                    Case number (if known)  **25-11795**
            Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.60** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **7  5  8  0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

Describe debtor's property that is subject to a lien

Subdivision: RIDGEWOOD ADDN OF TRACY PARK ADDN (35300) Legal: LT 19 & S 33 LT 20 BLK 6 Section: 12 Township: 19 Range: 12

$454,822.43   $1,000,000.00

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.61** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred       **12/12/2024**

Last 4 digits of account       **1  8  3  8**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.33**

Describe debtor's property that is subject to a lien

Subdivision: ROSE DEW ADDN (36525) Legal: LT 1 BLK 6 Section: 02 Township: 19 Range: 14

**$238,363.83**        **$360,000.00**

**Describe the lien**

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* | *Column B* |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.62** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred     **06/21/2024**

Last 4 digits of account number     **8  4  3  8**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.42**

**Describe debtor's property that is subject to a lien**

Subdivision: BRIARGLEN ACRES ADDN (74875)
Legal: LT 5 BLK 2 Section: 21 Township: 19 Range: 14

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$128,100.00

$230,000.00

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63** **Creditor's name**

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred      **09/12/2024**

Last 4 digits of account      **8   4   6   1**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.41**

**Describe debtor's property that is subject to a lien**

Subdivision: SHANNON PARK FIFTH ADDN (37605)
Legal: LT 12 BLK 7 Section: 17 Township: 19 Range: 14

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| **$169,600.00** | **$220,000.00** |

Debtor    **Nguyen Win Properties LLC**
_____    Case number (if known) **25-11795** _____

Name

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.64** Creditor's name

**Vontive**
_____

Creditor's mailing address

**500 Sansome St Ste 615**
_____

**San Francisco, CA 94111-3222**
_____

Creditor's email address, if known

_____

Date debt was incurred    **08/26/2024**

Last 4 digits of account number    **8   4   7   9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.43**

Describe debtor's property that is subject to a lien

Subdivision: BRIARDALE (74850) Legal: LT 3 BLK 3 Section: 19 Township: 19 Range: 14

Describe the lien

**Promissory Note**
_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$156,800.00**

Column B: **$230,000.00**

Debtor   **Nguyen Win Properties LLC**
Name

Case number (if known)   25-11795

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.65** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred   **07/19/2024**

Last 4 digits of account number   **9  1  9  6**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.40**

Describe debtor's property that is subject to a lien

Subdivision: WAGON WHEEL ADDN B15-18 (45425) Legal: LT 8 BK 18 Section: 06 Township: 19 Range: 14

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $98,250.00 | $210,000.00 |

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.66** Creditor's name

**Vontive**

Describe debtor's property that is subject to a lien

10-20-11 BEG 952.25' W OF SE/C-N 661.97'-W 320.77'-S 226.18'-E 241.46'-S 435.8'-E 81.45' TO POB

**$143,200.00**          **$220,000.00**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Describe the lien

**Promissory Note**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred     **09/12/2024**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    **0   0   2   0**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.50**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor     **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.67 | Creditor's name |
|---|---|

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred      **12/10/2024**

Last 4 digits of account      **1  8  4  6**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.34**

**Describe debtor's property that is subject to a lien**

Subdivision: FOREST CREEK II AMD (70645) Legal: LT 1 BLK 2 Section: 16 Township: 18 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$309,600.00**

Column B: **$420,000.00**

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   25-11795

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.68** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred    07/26/2024

Last 4 digits of account number    1  8  5  3

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.35

Describe debtor's property that is subject to a lien

Subdivision: MAGIC CIRCLE ADDN (24525) Legal: LT 52 BLK 13 Section: 07 Township: 19 Range: 14

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| **$135,000.00** | **$180,000.00** |
|---|---|

Debtor  **Nguyen Win Properties LLC**

Name

Case number (if known)  **25-11795**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.69** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

_____

Date debt was incurred    **07/26/2024**

Last 4 digits of account    **1  8  8  7**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.27**

**Describe debtor's property that is subject to a lien**

Subdivision: LEISURE LANES (22500) Legal: LT 18 BLK 3 Section: 11 Township: 19 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$168,000.00**    **$220,000.00**

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.70** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred    **09/12/2024**

Last 4 digits of account number    **1  8  9  5**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.28**

Describe debtor's property that is subject to a lien

Subdivision: SHANNON PARK FIFTH ADDN (37605)
Legal: LT 6 BLK 6 Section: 17 Township: 19 Range: 14

       **$152,800.00**       **$185,000.00**

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **Nguyen Win Properties LLC**                                    Case number (if known)  **25-11795**

Name

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.71** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred    **07/19/2024**

Last 4 digits of account number    **1  9  1  1**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  **2.30**

**Describe debtor's property that is subject to a lien**

Subdivision: REGENCY PARK WEST (34600) Legal: LT 26 BLK 4 Section: 25 Township: 19 Range: 13     **$156,000.00**    **$225,000.00**

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Nguyen Win Properties LLC**                                     Case number (if known)  **25-11795**
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.72** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred    **07/26/2024**

Last 4 digits of account    **1  9  2  9**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.31**

Describe debtor's property that is subject to a lien

Subdivision: SWEETBRIAR B1-12 (77260) Legal: N135 LT 2 BLK 5 Section: 11 Township: 18 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$261,663.27**          **$400,000.00**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.73** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred   **04/14/2025**

Last 4 digits of account number   **1  9  5  2**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.11**

Describe debtor's property that is subject to a lien

Subdivision: CHIMNEY HILLS ESTATES BLK 18-31 (75303) Legal: LT 5 BLK 30 Section: 14 Township: 18 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$301,000.00

$500,000.00

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)  **25-11795**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

---

**2.74** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111**

Creditor's email address, if known

_____

Date debt was incurred    **04/25/2025**

Last 4 digits of account number    **1 9 6 0**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.38, 2.4**

Describe debtor's property that is subject to a lien

Subdivision: STONEBRAKER HGTS ADDN (40675) Legal: LT 9 BK 5 Section: 12 Township: 19 Range: 12, Subdivision: RIDGEWOOD ADDN OF TRACY PARK ADDN (35300) Legal: LT 19 & S 33 LT 20 BLK 6 Section: 12 Township: 19 Range: 12

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$461,250.00**          **$1,700,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor   **Nguyen Win Properties LLC**
Name

Case number (if known)   **25-11795**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.75** Creditor's name

**Vontive**

Describe debtor's property that is subject to a lien

<u>Lot Twenty (20), AMENDED PLAT OF FAIR OAKS EAST II, a Subdivision in Wagoner County, State of Oklahoma, according to the recorded Plat thereof,</u>

$277,500.00   $330,000.00

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred   **02/04/2025**

Last 4 digits of account number   **2  0  6  7**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.36**

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.76** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred     **07/19/2024**

Last 4 digits of account     **2  6  8  7**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.37**

Describe debtor's property that is subject to a lien

Subdivision: DARLINGTON HILLS ADDN (10675)
Legal: LT 7 BLK 5 Section: 15 Township: 19 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$217,700.00**

**$350,000.00**

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**
_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

| **2.77** Creditor's name | | |
|---|---|---|

**2.77** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

_____

Date debt was incurred   **07/25/2024**

Last 4 digits of account number   **4  5  8  4**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.45**

**Describe debtor's property that is subject to a lien**

Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$141,950.00**

**$230,000.00**

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.78** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred     **02/19/2025**

Last 4 digits of account     **8   3   0   1**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

☑ Yes. The relative priority of creditors
is specified on lines **2.22**

**Describe debtor's property that is subject to a lien**

Subdivision: BURNING TREE EAST (75085) Legal: LT
10 BLK 1 Section: 01 Township: 18 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $219,000.00 | $325,000.00 |

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.79 Creditor's name**

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

_____

Date debt was incurred   03/27/2025

Last 4 digits of account   8   3   1   9
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.9

**Describe debtor's property that is subject to a lien**

Subdivision: PARK PLAZA FOURTH ADDN (31450)
Legal: LT 3 BLK 6 Section: 27 Township: 19 Range: 13

$295,500.00   $385,000.00

**Describe the lien**

**Promissory Note**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.80** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred     **02/19/2025**

Last 4 digits of account number     **8  3  3  5**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.51**

Describe debtor's property that is subject to a lien

Subdivision: BERRY-HART ADDN (03350) Legal: LT-3-BLK-6 Section: 31 Township: 20 Range: 13

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|----------|----------|
| **$90,750.00** | **$10,000.00** |

Debtor **Nguyen Win Properties LLC**
_____
Name

Case number (if known) **25-11795**
_____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.81** Creditor's name

**Vontive**

Describe debtor's property that is subject to a lien

Subdivision: BRIARGLEN EAST PRT RES A
BRIARGLEN EXT (74955) Legal: LT 9 BLK 3 Section:
20 Township: 19 Range: 14

$139,500.00

$200,000.00

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Describe the lien

**Promissory Note**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **03/27/2025**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    **8   3   7   6**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.47**

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.82** Creditor's name

**Vontive**

**Creditor's mailing address**

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

**Creditor's email address, if known**

Date debt was incurred     **05/28/2025**

Last 4 digits of account     **8   6   9   5**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

☑ Yes. The relative priority of creditors
is specified on lines **2.29**

**Describe debtor's property that is subject to a lien**

Subdivision: CRESCENT HGTS ADDN (10125) Legal:
LT 7 BLK 4 Section: 07 Township: 19 Range: 14

**$228,750.00**     **$305,000.00**

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Nguyen Win Properties LLC**

Name

Case number (if known)   **25-11795**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.83** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred    **04/25/2025**

Last 4 digits of account    **5  6  2  4**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.20**

Describe debtor's property that is subject to a lien

Subdivision: EASTPARK (12210) Legal: LT 37 BLK 9
Section: 16 Township: 19 Range: 14

**$96,000.00**     **$220,000.00**

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page ___ of ___

Debtor **Nguyen Win Properties LLC**

Name

Case number (if known) **25-11795**

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.84** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

_____

Date debt was incurred    **05/30/2025**

Last 4 digits of account    **6  3  4  9**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.44**

Describe debtor's property that is subject to a lien

Subdivision: MAYO PLAZA EXTENDED ADDN (26390)
Legal: LT 2 BLK 3 Section: 16 Township: 19 Range: 14

**$153,750.00**          **$210,000.00**

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor **Nguyen Win Properties LLC**
Name

Case number (if known) **25-11795**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.86** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   **8   3   7   0**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     —————————————

   ☑ Yes. The relative priority of creditors is specified on lines **2.13**

Describe debtor's property that is subject to a lien

Subdivision: BRIARWOOD RES A L35-36 B7 & B11-17 (05025) Legal: LT 12 BLK 12 Section: 24 Township: 19 Range: 13

Describe the lien

—————————————

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**unknown**     **$265,000.00**

---

**2.87** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

**San Francisco, CA 94111-3222**

Creditor's email address, if known

Date debt was incurred   **04/02/2025**

Last 4 digits of account number   **1   9   0   6**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     —————————————

   ☑ Yes. The relative priority of creditors is specified on lines **2.46**

Describe debtor's property that is subject to a lien

Subdivision: SUMMERFIELD SOUTH (77220) Legal: LT 9 BLK 3 Section: 21 Township: 19 Range: 14

Describe the lien

**Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$88,000.00**     **$160,000.00**

---

**2.88** Creditor's name

**Vontive**

Creditor's mailing address

**500 Sansome St Ste 615**

Describe debtor's property that is subject to a lien

—————————————

**$238,363.83**     **unknown**

San Francisco, CA 94111-3222

**Describe the lien**

Promissory Note

**Creditor's email address, if known**

_____

**Date debt was incurred**    12/12/2024

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account**    1  8  3  8
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.89**  **Creditor's name**

Vontive

**Describe debtor's property that is subject to a lien**

_____

$301,000.00          unknown

**Creditor's mailing address**

500 Sansome St Ste 615

San Francisco, CA 94111-3222

**Creditor's email address, if known**

_____

**Describe the lien**

Promissory Note

**Date debt was incurred**    04/14/2025

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account**    1  9  5  2
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90**  **Creditor's name**

WeStreet Credit Union

**Describe debtor's property that is subject to a lien**

Subdivision: TIMBERCREST ESTATES RESUB PRT B4 5 & ALL B6-7 TIMBERCREST (73630) Legal: LT 5 BLK 2 Section: 09 Township: 18 Range: 13

$465,871.03          $720,000.00

**Creditor's mailing address**

9323 E 21st St

Tulsa, OK 74129-1400

**Creditor's email address, if known**

_____

**Describe the lien**

Promissory Note

**Date debt was incurred**    08/11/2023

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account**    0  0  0  4
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

---

**2.91** Creditor's name

WeStreet Credit Union

Creditor's mailing address

9323 E 21st St

Tulsa, OK 74129-1400

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account          2   0   0   1   3
number

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: MAGIC CIRCLE THIRD ADDN (24600)
Legal: LT 24 BLK 6 Section: 18 Township: 19 Range: 14

**Describe the lien**

Promissory Note

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $162,054.74 | $200,000.00 |

---

**2.92** Creditor's name

WeStreet Credit Union

Creditor's mailing address

9323 E 21st St

Tulsa, OK 74129-1400

Creditor's email address, if known

_____

Date debt was incurred          11/17/2023

Last 4 digits of account          6   2   1   3
number

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: WINDSOR PARK SOUTH EXT (74190)
Legal: LT 16 BLK 4 Section: 04 Township: 18 Range: 13

**Describe the lien**

Promissory Note

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $188,549.97 | $375,000.00 |

---

**2.93** Creditor's name

WeStreet Credit Union

Creditor's mailing address

9323 E 21st St

Tulsa, OK 74129-1400

Creditor's email address, if known

_____

**Describe debtor's property that is subject to a lien**

Subdivision: BURNING TREE SOUTH (75115) Legal:
LT 3 BLK 1 Section: 01 Township: 18 Range: 13

**Describe the lien**

Promissory Note

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| $187,328.71 | $270,000.00 |

Date debt was incurred    08/08/2023

Last 4 digits of account number    0 0 0 6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.94** | Creditor's name

**WeStreet Credit Union**

Creditor's mailing address

**9323 E 21st St**

**Tulsa, OK 74129-1400**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    0 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

For Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200) Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13; **1) WeStreet Credit Union**; 2) City of Tulsa; 3) City of Tulsa; 4) City of Tulsa

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: MIXON TROTTER HGTS ADDN (27900) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13, Subdivision: WILLI MAE ADDN (47325) Legal: LT 8 BLK 1 Section: 32 Township: 20 Range: 13, Subdivision: HUFFMAN HGTS (19650) Legal: LT 10 BLK 2 Section: 35 Township: 20 Range: 13, Subdivision: MAPLEWOOD 2ND ADDN OF TR A POLSTON ACRES (25200) Legal: LT 6 BLK 4 Section: 35 Township: 20 Range: 13, Subdivision: MAPLEWOOD ADDN (25050) Legal: LT 15 BLK 7 Section: 34 Township: 20 Range: 13, Subdivision: LOUISVILLE HGTS ADDN B9-30 (24200) Legal: LT 1 BLK 19 Section: 28 Township: 20 Range: 13, Subdivision: WILLI MAE ADDN (47325) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13, Subdivision: WILLI MAE ADDN (47325) Legal: LT 5 BLK 2 Section: 32 Township: 20 Range: 13, Subdivision: WILLI MAE ADDN (47325) Legal: LT 4 BLK 2 Section: 32 Township: 20 Range: 13, Subdivision: WILLI MAE ADDN (47325) Legal: LT 4 BLK 2 Section: 32 Township: 20 Range: 13, Subdivision: MIXON TROTTER HGTS ADDN (27900) Legal: LT 7 BLK 1 Section: 32 Township: 20 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$80,600.00 | $1,220,000.00

---

**2.95** | Creditor's name

**WeStreet Credit Union**

Creditor's mailing address

**9323 E 21st St**

**Tulsa, OK 74129-1400**

Creditor's email address, if known

_____

Date debt was incurred    07/24/2023

Last 4 digits of account number    0 0 0 5

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

Subdivision: LEISURE LANES (22500) Legal: LT 18 BLK 3 Section: 11 Township: 19 Range: 13

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

$170,000.00 | $220,000.00

☐ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.27**

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

Debtor name __Nguyen Win Properties LLC__

United States Bankruptcy Court for the: __Northern__    District of __Oklahoma__
(State)

Case number (If known): __25-11795__    Chapter __11__

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | **Abad, Daniel** |
| | | | 204 N Hemlock Ave |
| | State the term remaining | 0 months | **Broken Arrow, OK 74012-2119** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | **Aguilar, Jesus** |
| | | | 1107 N Hickory Dr |
| | State the term remaining | 0 months | **Broken Arrow, OK 74012-1601** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Alfaro Chavarria, Darling** |
| | | Contract to be ASSUMED | 12535 E 35th St |
| | State the term remaining | 0 months | **Tulsa, OK 74146-2243** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | **Arroyo, Martha** |
| | | | 510 S 108th East Ave |
| | State the term remaining | 0 months | **Tulsa, OK 74128-2828** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Baerrios, Adrian** |
| | | Contract to be ASSUMED | 7509 S 70th East Ave |
| | State the term remaining | 0 months | **Tulsa, OK 74133-3020** |
| | List the contract number of any government contract | | |

Debtor    **Nguyen Win Properties LLC**         Case number (if known) **25-11795**
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Bahadoran, Behkam |
| | | | 626 S Sheridan Rd Apt 15 |
| | State the term remaining | 0 months | Tulsa, OK 74112-3145 |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Barbee, Kim |
| | | | 539 N 23rd West Ave |
| | State the term remaining | 0 months | Tulsa, OK 74127 |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Barrett, Cecilia |
| | | | 2723 N Cheyenne Ave |
| | State the term remaining | 0 months | Tulsa, OK 74106 |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Bell, Gary |
| | | | 2653 N 377 Rd |
| | State the term remaining | 0 months | Holdenville, OK 74848-9719 |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Bentley, Wade |
| | | | 3103 N Hartford Ave |
| | State the term remaining | 0 months | Tulsa, OK 74106-1903 |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Bently, Shante |
| | | | 3103 N Hartford Ave |
| | State the term remaining | 0 months | Tulsa, OK 74106-1903 |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

### ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed**<br>**Contract to be ASSUMED** | **Bethard, Jonas**<br>**345 E Locust St** |
| | State the term remaining | **0 months** | **Big Cabin, OK 74332-4003** |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Botello, Ruth**<br>**732 N Columbia Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110-5408** |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed**<br>**Contract to be ASSUMED** | **Boteo, Ronal**<br>**1010 N Irvington Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-6602** |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Boyle, Adam**<br>**10841 W Overlook Dr** |
| | State the term remaining | **0 months** | **Sand Springs, OK 74063-7873** |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Bronn, Jimmy**<br>**2211 S 107th E Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-4831** |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed**<br>**Contract to be ASSUMED** | **Bullet, Morning Star**<br>**9309 E 3rd Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74112-2411** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Calix, Belinda** **3115 S. 89th Ave E** |
| | State the term remaining | **0 months** | **Tulsa, OK 74145** |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Call, Clara** **8436 S Toledo Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74137-1845** |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Casillas, Casey** **9533 E 136th St S** |
| | State the term remaining | **0 months** | **Bixby, OK 74008-3509** |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Cipriani Mendez, Melfor Ivan** **10936 E 27th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-7525** |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Clarke, Michael** **7815 S 69th East Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133-3411** |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Colpitts, Mason** **8819 E 62nd St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133** |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Conwell, Vivian** **626 S Sheridan Rd Apt 10** |
| | State the term remaining | **0 months** | **Tulsa, OK 74112** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | | Case number (if known) | **25-11795** |
|---|---|---|---|---|

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Coronado, Wendy** **2511 S 110th E Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129** |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Cruz, Jeffrey** **9103 E 67th Ct** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133** |
| | List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Cruz, Wilson** **5120 E Haskell Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-7615** |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Cummings, Jessica** **6762 E Haskell Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-7825** |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Custer, Matthew** **4511 W 5th St Mod 6** |
| | State the term remaining | **0 months** | **Tulsa, OK 74127-7638** |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Davis, Wendy** **123 N New Haven Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115** |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Dioncicio, Griselda** **10936 E 27th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-7525** |
| | List the contract number of any government contract | | |

| Debtor | Nguyen Win Properties LLC | Case number (if known) | 25-11795 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed<br>Contract to be ASSUMED | Ellard, Josh<br>4252 E Young St<br>Tulsa, OK 74115-3220 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Farve, Delana<br>6639 S Victor Ave # 102<br>Tulsa, OK 74136 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Fennell, Joe<br>626 S Sheridan Rd Apt 3<br>Tulsa, OK 74112-3145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Ferguson, Tia<br>4537 S 32nd West Ave<br>Tulsa, OK 74107-6612 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Fields, Jesse<br>6232 E Latimer Pl<br>Tulsa, OK 74115-6730 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Flagg, Christopher<br>108 S 36th West Ave<br>Tulsa, OK 74127-8124 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Friese, Stephanie<br>626 S Sheridan Rd Apt 12<br>Tulsa, OK 74112-3145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Funez, Karen** |
| | | **Contract to be ASSUMED** | **5807 E King St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-6711** |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Galdamez, Gladys** |
| | | **Contract to be ASSUMED** | **812 N Delaware Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110-5003** |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Galloway, Randall** |
| | | **Contract to be ASSUMED** | **1528 N Boston Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74106-4102** |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Garcia, Rolando** |
| | | **Contract to be ASSUMED** | **3538 E Virgin Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-3922** |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Gip, Van** |
| | | **Contract to be ASSUMED** | **4029 S Rolling Oaks Dr** |
| | State the term remaining | **0 months** | **Tulsa, OK 74107** |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Giron, Jorge** |
| | | **Contract to be ASSUMED** | **2633 E Haskell St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) **25-11795** |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Giron, Jorge** |
| | | **Contract to be ASSUMED** | **701 N Birmingham Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110-5317** |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | | **Gonzales, Hugo** |
| | | **Contract to be ASSUMED** | **10918 E 26th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-5061** |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | | **Gonzalez, Vanessa** |
| | | **Contract to be ASSUMED** | **1010 N Irvington Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-6602** |
| | List the contract number of any government contract | | |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | | **Gritz, Rachel** |
| | | **Contract to be ASSUMED** | **2704 W Easton St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74127-6118** |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | | **Guiltner, Raymond** |
| | | **Contract to be ASSUMED** | **5907 E Reading St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115** |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | | **Hernandez, Jazmine** |
| | | **Contract to be ASSUMED** | **9103 E 67th Ct** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133-2206** |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | | **Herrera Avila, Marco** |
| | | **Contract to be ASSUMED** | **11614 E 27th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-8006** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|--------|-------------------------------|------------------------|--------------|
|        | Name |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Huerta, Karina Guadalupe** |
| | | **Contract to be ASSUMED** | **12817 E 24th Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-6016** |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | | **Jaime, Cristian** |
| | | **Contract to be ASSUMED** | **22 S 168th East Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74108-1740** |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | | **Jiang, Xiao** |
| | | **Contract to be ASSUMED** | **1329 E Allred** |
| | State the term remaining | **0 months** | **Porter, OK 74454-9759** |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Jiang, Xiao** |
| | | **Contract to be ASSUMED** | **1225 E Allred** |
| | State the term remaining | **0 months** | **Porter, OK 74454-5013** |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | | **Johnson, Lisa** |
| | | **Contract to be ASSUMED** | **1909 N Firewood Ave** |
| | State the term remaining | **0 months** | **Broken Arrow, OK 74012-1262** |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Jones, Jessica** |
| | | **Contract to be ASSUMED** | **1676 S Redbud Pl** |
| | State the term remaining | **0 months** | **Broken Arrow, OK 74012-5108** |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | | **Juarez, Marias** |
| | | **Contract to be ASSUMED** | **17778 S Hwy 75 A** |
| | State the term remaining | **0 months** | **Mounds, OK 74047** |
| | List the contract number of any government contract | | |

| Debtor | Nguyen Win Properties LLC | Case number (if known) | 25-11795 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | | King, Lane |
| | | Contract to be ASSUMED | 8819 E 62nd St |
| | State the term remaining | 0 months | Tulsa, OK 74133-1315 |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | Lagunas-Romero, Ismael |
| | | Contract to be ASSUMED | 14234 E 37th St |
| | State the term remaining | 0 months | Tulsa, OK 74134-5701 |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | Lagunas-Romero, Ismael |
| | | Contract to be ASSUMED | 8521 E 48th St |
| | State the term remaining | 0 months | Tulsa, OK 74145-7111 |
| | List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | Lopez Velasquez, Lesvi |
| | | Contract to be ASSUMED | 13044 E 27th Pl |
| | State the term remaining | 0 months | Tulsa, OK 74134-2420 |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | | Lopez, Alfredo |
| | | Contract to be ASSUMED | 2511 S 110th E Ave |
| | State the term remaining | 0 months | Tulsa, OK 74129 |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | Lopez, Antulio |
| | | Contract to be ASSUMED | 2726 S 116th E Pl |
| | State the term remaining | 0 months | Tulsa, OK 74129-8008 |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | Lopez, Elvis |
| | | Contract to be ASSUMED | 1615 S 69th East Ave |
| | State the term remaining | 0 months | Tulsa, OK 74112-7438 |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** <br> **Contract to be ASSUMED** | **Lopez, Mynor** <br> **3344 S 124th East Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74146-2235** |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** <br> **Contract to be ASSUMED** | **Maldonado, Garibaldi** <br> **6740 E 25th Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74129-2208** |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Manuel, Jorge** <br> **3347 N Virgin St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115** |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** <br> **Contract to be ASSUMED** | **Matamoros, Zain** <br> **6946 E Oklahoma Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115** |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** <br> **Contract to be ASSUMED** | **Mehaffey, Joseph** <br> **5647 S 88th East Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74145** |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** <br> **Contract to be ASSUMED** | **Mendoza, Kelly** <br> **3220 E Oklahoma Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110-4821** |
| | List the contract number of any government contract | | |

Debtor     **Nguyen Win Properties LLC**                                    Case number (if known) **25-11795**
           Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Mendoza, Miguel** **1440 N Gary Pl** |
| | State the term remaining | 0 months | **Tulsa, OK 74110-4819** |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Mendoza, William** **7144 E Marshall Pl** |
| | State the term remaining | 0 months | **Tulsa, OK 74115-6826** |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Navarro, Maria** **5120 E Haskell Pl** |
| | State the term remaining | 0 months | **Tulsa, OK 74115** |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Navarro, Roeli** **1258 S 105th East Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74128-4635** |
| | List the contract number of any government contract | | |
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Navarro, Roeli** **10956 E 3rd St** |
| | State the term remaining | 0 months | **Tulsa, OK 74128-1602** |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** **Contract to be ASSUMED** | **Navarro, Roeli** **10613 E 33rd Ct** |
| | State the term remaining | 0 months | **Tulsa, OK 74146-1802** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED-Contract for Deed** | **Norfleet, Brittany** |
|---|---|---|---|
| | | | **337 E 27th Pl N** |
| | State the term remaining | **0 months** | **Tulsa, OK 74106-2317** |
| | List the contract number of any government contract | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Orozco Miranda, Ronald** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **3172 S 133rd East Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74134-3300** |
| | List the contract number of any government contract | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Overstreet, Natasha** |
|---|---|---|---|
| | | | **6347 E Newton St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-6619** |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Pedraza, Georgina** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **3127 E Woodrow St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74110-2317** |
| | List the contract number of any government contract | | |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Pena, Lisa** |
|---|---|---|---|
| | | | **805 S 51st W Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74127** |
| | List the contract number of any government contract | | |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Phillips, Sarah** |
|---|---|---|---|
| | | | **6232 E Latimer Pl** |
| | State the term remaining | **0 months** | **Tulsa, OK 74115-6730** |
| | List the contract number of any government contract | | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | | **Portillo, Shamanta** |
| | | Contract to be ASSUMED | **1107 N Hickory Dr** |
| | State the term remaining | 0 months | **Broken Arrow, OK 74012-1601** |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Ramsey, Antwan** |
| | | Contract to be ASSUMED | **2723 N Cheyenne Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74106-2218** |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Redd, Joshua** |
| | | Contract to be ASSUMED | **6723 S Marion Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74136-2810** |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Rivera, Elvin** |
| | | Contract to be ASSUMED | **11611 E 28th St** |
| | State the term remaining | 0 months | **Tulsa, OK 74129-8039** |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | | **Robertson, Lauren** |
| | | Contract to be ASSUMED | **2217 S Erie Pl** |
| | State the term remaining | 0 months | **Tulsa, OK 74114-2247** |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Rodriguez, Ivan** |
| | | Contract to be ASSUMED | **1567 N Louisville Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74115-4953** |
| | List the contract number of any government contract | | |
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deed | **Rodriguez, Juan** |
| | | Contract to be ASSUMED | **18534 E 4th St** |
| | State the term remaining | 0 months | **Tulsa, OK 74108-2332** |
| | List the contract number of any government contract | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page **14** of **19**

Debtor   **Nguyen Win Properties LLC**                                      Case number (if known) **25-11795**
         Name

<table>
<tr><td colspan="2">■</td><td colspan="2"><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | | **Rodriguez, Martha** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **204 N Hemlock Ave** |
| | State the term remaining | 0 months | **Broken Arrow, OK 74012-2119** |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Sanchez, Maira** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **3525 E Woodrow Pl** |
| | State the term remaining | 0 months | **Tulsa, OK 74115-3933** |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Sargent, Andrew** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **8106 S Pittsburg Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74137** |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | | **Schneiderman, Steven** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **8819 E 62nd St** |
| | State the term remaining | 0 months | **Tulsa, OK 74133-1315** |
| | List the contract number of any government contract | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | | **Smith, Walter** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **626 S Sheridan Rd Apt 6** |
| | State the term remaining | 0 months | **Tulsa, OK 74112-3145** |
| | List the contract number of any government contract | | |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Solis, Jose** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **2515 N Xanthus Ave** |
| | State the term remaining | 0 months | **Tulsa, OK 74110-2059** |
| | List the contract number of any government contract | | |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | | **Staggs, Dawn** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **5825 E 35th St** |
| | State the term remaining | 0 months | **Tulsa, OK 74135-5303** |
| | List the contract number of any government contract | | |

Debtor   **Nguyen Win Properties LLC**                                     Case number (if known) **25-11795**
_____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | **Steed, Charles** |
| | **Contract to be ASSUMED- Contract for Deed** | **71 N Florence Ave** |
| | | **Tulsa, OK 74110-5512** |
| | State the term remaining   **0 months** | |
| | List the contract number of any government contract | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest   **Contract for Deed** | **Sweet, Thomas** |
| | **Contract to be ASSUMED** | **6542 S 274th East Ave** |
| | State the term remaining   **0 months** | **Broken Arrow, OK 74014-8536** |
| | List the contract number of any government contract | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest   **Contract for Deed** | **Takosi, Laddawan** |
| | **Contract to be ASSUMED** | **4014 S 94th** |
| | State the term remaining   **0 months** | **Tulsa, OK 74145** |
| | List the contract number of any government contract | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest   **Contract for Deed** | **Tavernier, Marissa** |
| | **Contract to be ASSUMED** | **6737 E 32nd Pl** |
| | State the term remaining   **0 months** | **Tulsa, OK 74145-1217** |
| | List the contract number of any government contract | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest   **Contract for Deed** | **Tedrick, Carl** |
| | **Contract to be ASSUMED** | **1598 N New Haven Ave** |
| | State the term remaining   **0 months** | **Tulsa, OK 74115-4925** |
| | List the contract number of any government contract | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | **Thompson, Ross** |
| | **Contract to be ASSUMED** | **8819 E 62nd St** |
| | State the term remaining   **0 months** | **Tulsa, OK 74133-1315** |
| | List the contract number of any government contract | |

| Debtor | **Nguyen Win Properties LLC** | Case number (if known) | **25-11795** |
|---|---|---|---|
| | Name | | |

---

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest | | **Tipton, Richard** |
| | | **Contract to be ASSUMED** | **626 S Sheridan Rd Apt 11** |
| | State the term remaining | **0 months** | **Tulsa, OK 74112** |
| | List the contract number of any government contract | | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Vasquez, Victor** |
| | | **Contract to be ASSUMED** | **763 S 142nd East Ave** |
| | State the term remaining | **0 months** | **Tulsa, OK 74108-2723** |
| | List the contract number of any government contract | | |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | | **Velazquez, Rofael** |
| | | **Contract to be ASSUMED** | **626 S Sheridan Rd Apt 7** |
| | State the term remaining | **0 months** | **Tulsa, OK 74112** |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Villavicencio, Monica** |
| | | **Contract to be ASSUMED** | **7606 E 87th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133-4817** |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | | **Vo, Katherine** |
| | | **Contract to be ASSUMED** | **4029 S Rolling Oaks Dr** |
| | State the term remaining | **0 months** | **Tulsa, OK 74107-4874** |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | **Vu, Thai** |
| | | **Contract to be ASSUMED** | **9035 E 67th St** |
| | State the term remaining | **0 months** | **Tulsa, OK 74133-2208** |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | | **Wallace, Sharon** |
| | | **Contract to be ASSUMED** | **626 S Sheridan Rd 1** |
| | State the term remaining | **0 months** | **Tulsa, OK 74112-3100** |
| | List the contract number of any government contract | | |

Debtor    **Nguyen Win Properties LLC**        Case number (if known) **25-11795**
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.111**

State what the contract or lease is for and the nature of the debtor's interest

**Contract to be ASSUMED**

State the term remaining **0 months**

List the contract number of any government contract

**Yahola, Raymond**

**626 S Sheridan Rd Apt 8**

**Tulsa, OK 74112-3145**

---

**2.112**

State what the contract or lease is for and the nature of the debtor's interest

**Contract to be ASSUMED-Contract for Deed**

State the term remaining **0 months**

List the contract number of any government contract

**Zarco, Cristian**

**22 S 168th East Ave**

**Tulsa, OK 74108-1740**

---

**2.113**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.114**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.115**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.116**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debtor   **Nguyen Win Properties LLC**                                          Case number (if known) **25-11795**
Name

| ▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.117** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.118** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name _____**Nguyen Win Properties LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Oklahoma**_____

Case number (if known): _____**25-11795**_____  Chapter __**11**__

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.............................................................................  | **$26,757,550.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................  | **$1,844,488.92**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..............................................................................  | **$28,602,038.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | **$22,547,627.64**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................  | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  | **+     $386,565.50**

4. **Total liabilities**...........................................................................................................  | **$22,934,193.14**

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name      **Nguyen Win Properties LLC**

United States Bankruptcy Court for the:

     **Northern District of Oklahoma**

Case number (if known):      **25-11795**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/09/2026**      X **/s/ Bao Quoc Mai Nguyen**
MM/ DD/ YYYY                     Signature of individual signing on behalf of debtor

/s/ Ron D. Brown OBA#16352
Brown Law Firm PC
1609 E. 4th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

     **Bao Quoc Mai Nguyen**
     Printed name

     **Manager/Member**
     Position or relationship to debtor