IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Jan 12, 2026

| In re:<br><br>**NGUYEN WIN PROPERTIES LLC**<br><br>Debtor. | Case No. 25-11795-T<br>Chapter 11 |
|---|---|

ORDER ESTABLISHING DEADLINE
FOR FILING PROOF OF CLAIMS

Upon consideration of the Application to Establish Deadline for Filing Proofs of Claim, filed by Nguyen Win Properties LLC ("Nguyen Win"), the above-captioned Debtor-in-Possession, the Court finds good cause therefore and therefore finds the motion should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the last day for filing proofs of claim in this bankruptcy case shall be February 28, 2026. Creditors with disputed claims who file a proof of claim after that date shall not be considered in this bankruptcy case and shall be forever barred; however, those parties that have already filed claims and those parties who agree with the amount of their *undisputed* scheduled claim in the bankruptcy schedules need not file a claim.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the requirement to file a proof of claim applies to all persons or creditors who assert a claim or interest against Debtor which arose before the petition date of November 24, 2025. Also, those creditors which are identified as disputed, contingent and/or unliquidated in Debtor's schedules who assert a claim or interest against Debtor which arose before the petition date of November 24, 2025 must file a claim on or before February 28, 2026 or shall be forever barred.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order and Official Form 410 Proof of Claim shall be Distributed by Nguyen Win to all known or suspected creditors and interest parties with 5 days of the date of this Order.

DATED: January 12, 2026

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Approved for entry:

/s/ Ron D. Brown
Ron D. Brown  OBA#16352
Attorney for Debtor
1609 East 4th Street.
Tulsa, Ok. 74120
(918) 585-9500 phone
(866) 552-4874 fax
ron@ronbrownlaw.com