UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| IN RE: | CASE NO: 25-11795-T |
|---|---|
| Nguyen Win Properties LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 50 |

On 1/12/2026, I did cause a copy of the following documents, described below,

Hearing regarding the Motion of First Bank & Trust Co for Relief from the Automatic Stay, for Abandonment of Property, Waiver of 4001(a)(3), and Notice of Opportunity for Hearing, held and continued to 3/13/2026 at 10:00 AM in Courtroom # 2, 1st Floo ECF Docket Reference No. 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/12/2026

/s/ Lysbeth L George
Lysbeth L George  30562
Attorney for Creditor
Liz George & Associates, PLLC
8101 S. Walker  Suite F
Oklahoma City,, OK 73139
405-689-5502
lhamilton@axosfs.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>Nguyen Win Properties LLC | CASE NO: 25-11795-T<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 50 |

On 1/12/2026, a copy of the following documents, described below,

Hearing regarding the Motion of First Bank & Trust Co for Relief from the Automatic Stay, for Abandonment of Property, Waiver of 4001(a)(3), and Notice of Opportunity for Hearing, held and continued to 3/13/2026 at 10:00 AM in Courtroom # 2, 1st Floo ECF Docket Reference No. 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/12/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lysbeth L George
Liz George & Associates, PLLC
8101 S. Walker  Suite F
Oklahoma City,, OK  73139

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ADRIAN BAERRIOS
7509 S 70TH EAST AVE
TULSA, OK 74133-3020

ANTULIO LOPEZ
2726 S 116TH E PL
TULSA, OK 74129-8008

BELINDA CALIX
3115 S. 89TH AVE E
TULSA, OK 74145

BRITTANY NORFLEET
337 E 27TH PL N
TULSA, OK 74106-2317

CASEY CASILLAS
9533 E 136TH ST S
BIXBY, OK 74008-3509

CITY OF TULSA
FINANCE DEPT.
175 E 2ND ST
TULSA, OK 74103-3202

CLARA CALL
8436 S TOLEDO AVE
TULSA, OK 74137-1845

CRISTIAN ZARCO
22 S 168TH EAST AVE
TULSA, OK 74108-1740

DARLING ALFARO CHAVARRIA
12535 E 35TH ST
TULSA, OK 74146-2243

GARIBALDI MALDONADO
6740 E 25TH PL
TULSA, OK 74129-2208

ISMAEL LAGUNAS-ROMERO
8521 E 48TH ST
TULSA, OK 74145-7111

JESSICA CUMMINGS
6762 E HASKELL PL
TULSA, OK 74115-7825

JONAS BETHARD
345 E LOCUST ST
BIG CABIN, OK 74332-4003

JORGE GIRON
2633 E HASKELL ST
TULSA, OK 74110

JOSH ELLARD
4252 E YOUNG ST
TULSA, OK 74115-3220

JOSHUA REDD
6723 S MARION AVE
TULSA, OK 74136-2810

KAREN FUNEZ
5807 E KING ST
TULSA, OK 74115-6711

LADDAWAN TAKOSI
4014 S 94TH
TULSA, OK 74145

LESVI LOPEZ VELASQUEZ
13044 E 27TH PL
TULSA, OK 74134-2420

LISA PENA
805 S 51ST W AVE
TULSA, OK 74127

MARCO HERRERA AVILA
11614 E 27TH ST
TULSA, OK 74129-8006

MARISSA TAVERNIER
6737 E 32ND PL
TULSA, OK 74145-1217

MASON COLPITTS
8819 E 62ND ST
TULSA, OK 74133

MONICA VILLAVICENCIO
7606 E 87TH ST
TULSA, OK 74133-4817

RANDALL GALLOWAY
1528 N BOSTON AVE
TULSA, OK 74106-4102

ROELI NAVARRO
10613 E 33RD CT
TULSA, OK 74146-1802

RONALD OROZCO MIRANDA
3172 S 133RD EAST AVE
TULSA, OK 74134-3300

```
SILVER CHASE HOME OWNERS ASSOCIATION      TANDEM                          THAI VU
COLLINS & ASSOCIATES                      12131 113TH AVE NE STE 201      9035 E 67TH ST
HOA MANAGEMENT                            KIRKLAND, WA 98034-6946         TULSA, OK 74133-2208
ATTN: APRIL HUBLER
5630 S MEMORIAL DR
TULSA, OK 74145-9016



THOMAS SWEET                              VICTOR VASQUEZ                  WILLIAM MENDOZA
6542 S 274TH EAST AVE                     763 S 142ND EAST AVE            7144 E MARSHALL PL
BROKEN ARROW, OK 74014-8536               TULSA, OK 74108-2723            TULSA, OK 74115-6826




XIAO JIANG
1225 E ALLRED
PORTER, OK 74454-5013
```