IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:

NGUYEN WIN PROPERTIES LLC

DEBTOR.

Case No.: 25-11795-T
Chapter 11

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND BRIEF IN SUPPORT THEREOF AND NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW DOMINION FINANCIAL SERVICES, LLC, (hereinafter referred to as Movant) and pursuant to the provisions of Title 11 U.S.C. Section 361, 362 and 554, moves the Court to grant it relief from the automatic stay and order of abandonment of the subject property. In support of its Motion, Movant alleges, and states as follows:

1. That the original maker (Debtor), for a good and valuable consideration, made, executed and delivered to the Payee a certain written promissory note; a true copy of said note is hereto attached, and made a part hereof.

2. As a part of the same transaction, and to secure the payment of said note and the indebtedness represented thereby, the said maker, being then the owner of the real estate hereinafter described, made, executed and delivered to the Payee, a real estate mortgage in writing, and therein and thereby mortgaged and conveyed to said mortgagee the following described real estate situated in Tulsa County, State of Oklahoma, to-wit:

> Lot Six (6), Block One (1), SOUTHWOOD SOUTH ADDITION, an Addition in Tulsa County, State of Oklahoma, according to the recorded Plat thereof.
> a/k/a: 9533 East 136th Street South, Bixby, OK 74008

with the buildings and improvements and the appurtenances, hereditaments and all other rights thereunto appertaining or belonging, and all fixtures then or thereafter attached or used in connection with said premises.  A true and correct copy of said mortgage is attached hereto and made a part thereof.

210848

3. As the holder of the Note, Movant is duly authorized to bring this action.

4. Default has been made upon said note and mortgage. As of January 29, 2026, the loan is due for the December 20, 2024, and subsequent payments with an outstanding principal balance of $186,000.00, along with interest, costs, attorney fees and/or anything else that is due and recoverable under the Note and Mortgage. In addition or in the alternative, the loan matured August 20, 2024 and has not been paid in full as required.

5. The mortgage of Movant constitutes a valid lien against the mortgaged property, prior and superior to any right, title, lien, estate or interest of the Debtor or Estate.

6. Movant will suffer irreparable injury, loss and damage unless the automatic stay is terminated so as to permit Movant to conclude its foreclosure action pending in the District Court of Tulsa County, State of Oklahoma, Case No. CJ-2025-2222.

7. Notice of the Motion will be afforded to the Trustee, the Debtor and to all parties claiming an interest in the subject property as listed below.

WHEREFORE, Movant requests that Movant, through its agents, servicers and representatives is permitted to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification or other loss mitigation alternatives.

WHEREFORE, Movant moves the Court for an Order vacating or modifying the automatic stay herein as provided by 11 U.S.C. Section 362 and directing the Trustee herein to abandon the mortgaged property as authorized by 11 U.S.C. Section 554 so as to permit Movant and other interested parties to enforce their liens against the mortgaged property.

**NOTICE OF OPPORTUNITY FOR HEARING**

Your rights may be affected. You should read this document carefully and consult your attorney

210848

about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder Avenue, Tulsa, Oklahoma 74103 no later than 14 days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned Movant attorney (and others who are required to be served) and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14 day period includes the 3 days allowed for mailing provided for the Rule 9006(f) Fed.R.Bankr. Proc.

          DOMINION FINANCIAL SERVICES, LLC

By:    s/ Matthew J. Hudspeth

        MATTHEW J. HUDSPETH - #14613
        JIM TIMBERLAKE - #14945
        Baer Timberlake, P.C.
        P.O. Box 18486
        Oklahoma City, OK 73154-0486
        Telephone: (405) 842-7722
        Fax: (405) 848-9349
        mhudspeth@baertimberlake.com
        Attorney for Movant

210848

**CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true and correct copy of the above and foregoing Motion with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below, and those parties listed on the attached Creditor's Mailing Matrix, on February 5, 2026.

Nguyen Win Properties LLC
8018 S Marion Ave.
Tulsa, OK 74136-8037

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

U.S. Trustee
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101

Mary Kindelt
DOJ-Ust
PO Box 3044
Tulsa, OK 74101

Karen Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101

Ron D. Brown
Ron Brown
1609 E. 4th St.
Tulsa, OK 74120

                                             By:    <u>s/ Matthew J. Hudspeth</u>

                                                      MATTHEW J. HUDSPETH - #14613
                                                      JIM TIMBERLAKE - #14945
                                                      Baer Timberlake
                                                      P.O. Box 18486
                                                      Oklahoma City, OK 73154-0486
                                                      Telephone: (405) 842-7722
                                                      mhudspeth@baertimberlake.com
                                                      Attorney for Movant

210848