| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-11795-T<br>Northern District of Oklahoma<br>Tulsa<br>Thu Feb  5 11:51:26 CST 2026 | ATHENE ANNUITY & LIFE CO<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Adam Boyle<br>10841 W Overlook Dr<br>Sand Springs, OK 74063-7873 |
| Adrian Baerrios<br>7509 S 70th East Ave<br>Tulsa, OK 74133-3020 | Alexandr Sprenger<br>320 S Boston Avenue STE 718<br>Tulsa, OK 74103-3727 | Alfredo Lopez<br>2511 S 110th E Ave<br>Tulsa, OK 74129-5032 |
| American Express National Bank<br>American Express National Bank<br>P.O. Box 30384<br>Salt Lake City, UT 84130-0384 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Amie Luna<br>18534 E 4th St<br>Tulsa, OK 74108-2332 |
| Andrew Sargent<br>8106 S Pittsburg Ave<br>Tulsa, OK 74137-1629 | Antulio Lopez<br>2726 S 116th E Pl<br>Tulsa, OK 74129-8008 | Antwan Ramsey<br>2723 N Cheyenne Ave<br>Tulsa, OK 74106-2218 |
| Apex Title & Closing Services, LLC<br>3510 S 79th East Ave<br>Tulsa, OK 74145-1337 | Bao Nguyen<br>8018 S Marion Ave<br>Tulsa, OK 74136-8037 | Behkam Bahadoran<br>626 S Sheridan Rd Apt 15<br>Tulsa, OK 74112-3145 |
| Belinda Calix<br>3115 S. 89th Ave E<br>Tulsa, OK 74145-1624 | Brittany Norfleet<br>337 E 27th Pl N<br>Tulsa, OK 74106-2317 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 |
| Bryan Fuentes<br>3127 E Woodrow St<br>Tulsa, OK 74110-2317 | Carl Tedrick<br>1598 N New Haven Ave<br>Tulsa, OK 74115-4925 | Casey Casillas<br>9533 E 136th St S<br>Bixby, OK 74008-3509 |
| Cecilia Barrett<br>2723 N Cheyenne Ave<br>Tulsa, OK 74106-2218 | Richard Chapman<br>Richard A. Chapman, P.C.<br>1524 W. 118th St. S.<br>Jenks, OK 74037-4286 | Charles Steed<br>71 N Florence Ave<br>Tulsa, OK 74110-5512 |
| Charles Wilkerson<br>2653 N 377 Rd<br>Holdenville, OK 74848-9719 | Charles Wilkerson<br>4722 S Hudson Pl<br>Tulsa, OK 74135-6924 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Christopher Flagg<br>108 S 36th West Ave<br>Tulsa, OK 74127-8124 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | City of Tulsa<br>Finance Dept.<br>175 E 2nd St<br>Tulsa, OK 74103-3202 |

```
Clara Call                      Cristian Jaime                  Cristian Zarco
8436 S Toledo Ave               22 S 168th East Ave             22 S 168th East Ave
Tulsa, OK 74137-1845            Tulsa, OK 74108-1740            Tulsa, OK 74108-1740


Wilson Cruz                     Daniel Abad                     Darling Alfaro Chavarria
320 S boston Ave Ste 718        204 N Hemlock Ave               12535 E 35th St
Tulsa, Ok 74103-3727            Broken Arrow, OK 74012-2119     Tulsa, OK 74146-2243


Dawn Staggs                     Delana Farve                    Diana Sauceda
5825 E 35th St                  6639 S Victor Ave # 102         6946 E Oklahoma Pl
Tulsa, OK 74135-5303            Tulsa, OK 74136-2473            Tulsa, OK 74115-5644


Dominion Financial              Dylan T. Duren                  Elvin Rivera
32 South St                     Robinett, Swartz & Duren        11611 E 28th St
Baltimore, MD 21202-3214        401 S. Boston Ave.              Tulsa, OK 74129-8039
                                Suite 1600
                                Tulsa
                                Tulsa, OK 74103-4052

Elvis Lopez                     (p)FAY SERVICING  LLC           First Bank & Trust Company
1615 S 69th East Ave            P O BOX 814609                  c/o Liz George and Associates
Tulsa, OK 74112-7438            DALLAS TX 75381-4609            8101 S. Walker, Suite F
                                                                Oklahoma City, OK 73139-9406


First Bank and Trust            First Pryority Bank             First Pryority Bank
923 W. Main                     310 East Grahan                 10632 S. Memorial Dr.
Duncan, OK 73533-4617           Pryor, Ok 74361-2435            Tulsa, OK 74133-7365


Fz Chen                         GOLDEN ROAD INVESTMENT TRUST 2A Garibaldi Maldonado
1225 E Allred                   NewRez LLC d/b/a Shellpoint Mortgage Ser   6740 E 25th Pl
Porter, OK 74454-5013           P.O. Box 10826                  Tulsa, OK 74129-2208
                                Greenville, SC 29603-0826


Gary Bell                       Lysbeth L. George               Georgina Pedraza
2653 N 377 Rd                   Liz George and Associates       3127 E Woodrow St
Holdenville, OK 74848-9719      8101 S. Walker, Suite F         Tulsa, OK 74110-2317
                                Oklahoma City, OK 73139-9406


Gladys Galdamez                 Griselda Dioncicio              Matthew J. Hudspeth
812 N Delaware Ave              10936 E 27th St                 Baer & Timberlake, P.C.
Tulsa, OK 74110-5003            Tulsa, OK 74129-7525            PO Box 18486
                                                                Oklahoma City, OK 73154-0486


Hugo Gonzales                   Internal Revenue Service        Ismael Lagunas-Romero
10918 E 26th St                 PO Box 7346                     14234 E 37th St
Tulsa, OK 74129-5061            Philadelphia, PA 19101-7346     Tulsa, OK 74134-5701
```

| | | |
|---|---|---|
| Ismael Lagunas-Romero<br>8521 E 48th St<br>Tulsa, OK 74145-7111 | Ivan Rodriguez<br>1567 N Louisville Ave<br>Tulsa, OK 74115-4953 | JP MORGAN MORTGAGE ACQ<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 |
| Javier Sarmientos Wilson Cruz<br>320 S Boston Avenue STE 718<br>Tulsa, OK 74103-3727 | Jazmine Hernandez<br>9103 E 67th Ct<br>Tulsa, OK 74133-2206 | Jeffrey Cruz<br>9103 E 67th Ct<br>Tulsa, OK 74133-2206 |
| Jesse Fields<br>6232 E Latimer Pl<br>Tulsa, OK 74115-6730 | Jessica Cummings<br>6762 E Haskell Pl<br>Tulsa, OK 74115-7825 | Jessica Jones<br>1676 S Redbud Pl<br>Broken Arrow, OK 74012-5108 |
| Jesus  Aguilar<br>1107 N Hickory Dr<br>Broken Arrow, OK 74012-1601 | Jimmy Bronn<br>2211 S 107th E Ave<br>Tulsa, OK 74129-4831 | Joe Fennell<br>626 S Sheridan Rd Apt 3<br>Tulsa, OK 74112-3145 |
| Jonas Bethard<br>345 E Locust St<br>Big Cabin, OK 74332-4003 | Jorge Giron<br>2633 E Haskell St<br>Tulsa, OK 74110-5320 | Jorge Giron<br>701 N Birmingham Pl<br>Tulsa, OK 74110-5317 |
| Jorge Manuel<br>3347 N Virgin St<br>Tulsa, OK 74115 | Jose Solis<br>2515 N Xanthus Ave<br>Tulsa, OK 74110-2059 | Joseph Mehaffey<br>5647 S 88th East Ave<br>Tulsa, OK 74145-7905 |
| Josh Ellard<br>4252 E Young St<br>Tulsa, OK 74115-3220 | Joshua Redd<br>6723 S Marion Ave<br>Tulsa, OK 74136-2810 | Juan Rodriguez<br>18534 E 4th St<br>Tulsa, OK 74108-2332 |
| Karen Funez<br>5807 E King St<br>Tulsa, OK 74115-6711 | Karina Guadalupe Huerta<br>12817 E 24th Pl<br>Tulsa, OK 74129-6016 | Katherine Vo<br>4029 S Rolling Oaks Dr<br>Tulsa, OK 74107-4874 |
| Kelly Mendoza<br>3220 E Oklahoma Pl<br>Tulsa, OK 74110-4821 | Kiavi Funding, Inc<br>2 Allegheny Center, Nova Tower 2 Suite 2<br>Pittsburgh, PA 15212-5402 | Kim Barbee<br>539 N 23rd West Ave<br>Tulsa, OK 74127-6401 |
| Mary Kindelt<br>DOJ-Ust<br>P.O. Box 3044<br>Tulsa, OK 74101-3044 | Laddawan Takosi<br>4014 S 94th<br>Tulsa, OK 74145 | Lane  King<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 |

| | | |
|---|---|---|
| Lauren Robertson<br>2217 S Erie Pl<br>Tulsa, OK 74114-2247 | Leo Hudson<br>9533 E 136th St S<br>Bixby, OK 74008-3509 | Lesvi Lopez Velasquez<br>13044 E 27th Pl<br>Tulsa, OK 74134-2420 |
| James C. Linger<br>1710 South Boston Avenue<br>Tulsa, OK 74119-4810 | Lisa Johnson<br>1909 N Firewood Ave<br>Broken Arrow, OK 74012-1262 | Lisa Pena<br>805 S 51st W Ave<br>Tulsa, OK 74127-7528 |
| Maira Sanchez<br>3525 E Woodrow Pl<br>Tulsa, OK 74115-3933 | Marco Herrera Avila<br>11614 E 27th St<br>Tulsa, OK 74129-8006 | Maria Navarro<br>5120 E Haskell Pl<br>Tulsa, OK 74115-7615 |
| Marias Juarez<br>17778 S Hwy 75 A<br>Mounds, OK 74047 | Marissa Tavernier<br>6737 E 32nd Pl<br>Tulsa, OK 74145-1217 | Martha Arroyo<br>510 S 108th East Ave<br>Tulsa, OK 74128-2828 |
| Martha Rodriguez<br>204 N Hemlock Ave<br>Broken Arrow, OK 74012-2119 | Mason Colpitts<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | Matthew Custer<br>4511 W 5th St Mod 6<br>Tulsa, OK 74127-7638 |
| Melfor Ivan Cipriani Mendez<br>10936 E 27th St<br>Tulsa, OK 74129-7525 | Michael Clarke<br>7815 S 69th East Pl<br>Tulsa, OK 74133-3411 | Miguel Mendoza<br>1440 N Gary Pl<br>Tulsa, OK 74110-4819 |
| Monica Cisneros<br>2515 N Xanthus Ave<br>Tulsa, OK 74110-2059 | Monica Villavicencio<br>7606 E 87th St<br>Tulsa, OK 74133-4817 | Morning star Bullet<br>9309 E 3rd Pl<br>Tulsa, OK 74112-2411 |
| Mynor Lopez<br>3344 S 124th East Ave<br>Tulsa, OK 74146-2235 | Natasha Overstreet<br>6347 E Newton St<br>Tulsa, OK 74115-6619 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>C/O ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>SAN DIEGO, CA 92108-3808 |
| NewRez dba Shellpoint Mortgage<br>Po Box 650840<br>Dallas, TX 75265-0840 | Paul Nguyen<br>c/o Brian J. Rayment<br>7666 East 61st Street<br>Suite 550<br>Tulsa, OK 74133-1199 | Nguyen Win Properties LLC<br>8018 S Marion Ave<br>Tulsa, OK 74136-8037 |
| North Mill Equipment Finance LLC<br>601 Merritt 7 - Suite 5<br>Norwalk, CT 06851-1097 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |

| | | |
|---|---|---|
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Orion Path, LLC<br>c/o Richard A Chapman<br>1524 W 118th St<br>Jenks, OK 74037-4286 |
| PARK FUNDING IV TRUST<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | PENNYMAC LOAN SERVICES, LLC<br>Baer & Timberlake, P.C.<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City, OK 73154-0486 | PennyMac Loan Services, LLC<br>PO Box 2410<br>Moorpark, CA 93020-2410 |
| Pennymac Loan Services<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | Peter Lee<br>2059 Haywood Rd # 4<br>Mcalester, OK 74501-8976 | Public Service Company of Oklahoma d/b/a AEP<br>1 Riverside Plaza<br>13th Floor<br>Columbus, OH 43215-2355 |
| RML MASTER TRUSTTEXAS PSF<br>P.O. Box 5026<br>FORT LAUDERDALE, FL 33310-5026 | Rachel Gritz<br>2704 W Easton St<br>Tulsa, OK 74127-6118 | Randall Galloway<br>1528 N Boston Ave<br>Tulsa, OK 74106-4102 |
| Brian J. Rayment<br>Kivell, Rayment & Francis<br>7666 East 61st Street, Suite 550<br>Tulsa, OK 74133-1199 | Raymond Guiltner<br>5907 E Reading St<br>Tulsa, OK 74115-4425 | Raymond Yahola<br>626 S Sheridan Rd Apt 8<br>Tulsa, OK 74112-3145 |
| Renovo<br>222 W Adams St<br>Chicago, IL 60606-5259 | Richard Tipton<br>626 S Sheridan Rd Apt 11<br>Tulsa, OK 74112-3145 | Roeli Navarro<br>10613 E 33rd Ct<br>Tulsa, OK 74146-1802 |
| Roeli Navarro<br>10956 E 3rd St<br>Tulsa, OK 74128-1602 | Roeli Navarro<br>1258 S 105th East Ave<br>Tulsa, OK 74128-4635 | Rofael Velazquez<br>626 S Sheridan Rd Apt 7<br>Tulsa, OK 74112-3145 |
| Rolando Garcia<br>3538 E Virgin Pl<br>Tulsa, OK 74115-3922 | Ronal Boteo<br>1010 N Irvington Ave<br>Tulsa, OK 74115-6602 | Ronald Orozco Miranda<br>3172 S 133rd East Ave<br>Tulsa, OK 74134-3300 |
| Ross Thompson<br>8819 E 62nd St<br>Tulsa, OK 74133-1315 | James W. Rusher<br>Albright , Rusher & Hardcastle<br>2600 Bank of America Center<br>15 West 6th Street<br>Tulsa, OK 74119-5434 | Ruth Botello<br>732 N Columbia Ave<br>Tulsa, OK 74110-5408 |
| Sarah Phillips<br>6232 E Latimer Pl<br>Tulsa, OK 74115-6730 | Selene Finance<br>3501 Olympus Boulevard Suite 500<br>Coppell, TX 75019-6295 | Selene Finance<br>PO Box 8619<br>Philadelphia, PA 19101-8619 |

```
Selene Finance LP as the mortgage servicer      Selene Finance LP as the mortgage servicer      Selene Finance LP as the mortgage servicer
U.S. BANK TRUST NATIONAL ASSOCIATION            U.S. BANK TRUST NATIONAL ASSOCIATION            U.S. BANK TRUST NATIONAL ASSOCIATION
DELA TRUSTEE FOR PARK FUNDING II TRUST          TRUSTEE FOR CHESTER ROAD FUNDING TRUST          TRUSTEE FOR TREATY OAK MORTGAGE TRUST
P.O. Box 5026                                   P.O. Box 5026                                   P.O. Box 5026
FORT LAUDERDALE, FL 33310-5026                  FORT LAUDERDALE, FL 33310-5026                  FORT LAUDERDALE, FL 33310-5026


Selene Finance LP as the mortgage servicer f    Selene Finance LP as the mortgage servicer f    Selene Finance LP as the mortgage servicer f
US BANK TRUST NATIONAL ASSOCIATION              WILMINGTON SAVINGS FUND SOCIETY, FSB            WILMINGTON SAVINGS FUND SOCIETY, FSB
SOLEY AS TRUSTEE FOR STONE ROOTS M TRUST        TRUSTEE FOR IBIS HOLDINGS A TRUST               c/o De Cubas & Lewis, P.A.
P.O. Box 5026                                   P.O. Box 5026                                   P.O. Box 5026
FORT LAUDERDALE, FL 33310-5026                  FORT LAUDERDALE, FL 33310-5026                  Fort Lauderdale, FL 33310-5026


Shamanta Portillo                               Shante Bently                                   Sharon Wallace
1107 N Hickory Dr                               3103 N Hartford Ave                             626 S Sheridan Rd 1
Broken Arrow, OK 74012-1601                     Tulsa, OK 74106-1903                            Tulsa, OK 74112-3145



Silver Chase Home Owners Association            Sovereign Bank                                  Alexandr B Sprenger
Collins & Associates                            130 E Macarthur St                              Boston Avenue Law PLLC
HOA Management                                  Shawnee, OK 74804-2136                          320 S Boston Ave
ATTN: April Hubler                                                                              Tulsa, OK 74103-3727
5630 S Memorial Dr
Tulsa, OK 74145-9016

Stephanie Friese                                Steven Schneiderman                             Tandem
626 S Sheridan Rd Apt 12                        8819 E 62nd St                                  12131 113th Ave Ne Ste 201
Tulsa, OK 74112-3145                            Tulsa, OK 74133-1315                            Kirkland, WA 98034-6946



Thai Vu                                         Thomas Sweet                                    Tia Ferguson
9035 E 67th St                                  6542 S 274th East Ave                           4537 S 32nd West Ave
Tulsa, OK 74133-2208                            Broken Arrow, OK 74014-8536                     Tulsa, OK 74107-6612



Tulsa County Treasurer                          (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE   U.S. Small Business Administration
John M. Fothergill                              ATTN ATTN MS KIRBY BOUDREAUX                    Processing and Disbursment Center
218 W 6th St., 8th Fl                           110 W 7TH STREET                                14925 Kingsport Road
Tulsa, OK 74119-1004                            SUITE 300                                       Disaster Assistance
                                                TULSA OK 74119-1013                             Fort Worth, TX 76155-2243

US SEC & EXCHANGE COMM.                         US Security & Exchange Comm.                    Van Gip
Midwest Regional Office                         175 W. Jackson Boulevard                        4029 S Rolling Oaks Dr
175 W. Jackson Boulevard, Ste 900               Suite 900                                       Tulsa, OK 74107-4874
Chicago, IL 60604-2815                          Chicago, IL 60604-2908



Vanessa Gonzalez                                Victor Vasquez                                  Vivian Conwell
1010 N Irvington Ave                            763 S 142nd East Ave                            626 S Sheridan Rd Apt 10
Tulsa, OK 74115-6602                            Tulsa, OK 74108-2723                            Tulsa, OK 74112-3145



Vontive                                         Wade Bentley                                    Karen Walsh
500 Sansome St Ste 615                          3103 N Hartford Ave                             Office of the United States Trustee
San Francisco, CA 94111-3222                    Tulsa, OK 74106-1903                            PO Box 3044
                                                                                                Tulsa, OK 74101-3044
```

| | | |
|---|---|---|
| Walter Smith<br>626 S Sheridan Rd Apt 6<br>Tulsa, OK 74112-3145 | WeStreet Credit Union<br>9323 E 21st St<br>Tulsa, OK 74129-1400 | Wendy Coronado<br>2511 S 110th E Ave<br>Tulsa, OK 74129-5032 |
| Wendy Davis<br>123 N New Haven Ave<br>Tulsa, OK 74115-7305 | William Mendoza<br>7144 E Marshall Pl<br>Tulsa, OK 74115-6826 | Wilmington Savings Fund Society, FSB, not in<br>NewRez LLC d/b/a Shellpoint Mortgage Ser<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Wilmington Savings Fund Society. FSB, not in<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Wilson Cruz<br>5120 E Haskell Pl<br>Tulsa, OK 74115-7615 | Xiao Jiang<br>1225 E Allred<br>Porter, OK 74454-5013 |
| Xiao Jiang<br>1329 E Allred<br>Porter, OK 74454-9759 | Zain Matamoros<br>6946 E Oklahoma Pl<br>Tulsa, OK 74115-5644 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank, N.A., as trustee for CMLTI Asset T<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Fay Servicing, LLC<br>1601 Lyndon B Johnson Fwy Ste 150<br>Dallas, TX 75234-6519 | (d)Maria Tsagaris<br>McCalla Raymer, LLC<br>1544 Old Alabama Rd<br>Roswell, GA 30076 |
| U.S. Attorney<br>110 West Seventh Street<br>Suite 300<br>Tulsa, OK 74119 | (d)U.S. Bank Trust National Association, not<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Apex Title & Closing Services, LLC<br>James C. Linger, Attorney for Creditor<br>1710 South Boston Avenue<br>Tulsa | (u)DOMINION FINANCIAL SERVICES, LLC<br>Baer Timberlake, PC<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City73154 | (u)GOLDEN ROAD INVESTMENT TRUST 2A<br>Baer Timberlake, PC<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City73154 |
| (u)Hot Coffee Homes, LLC | (d)Vontive<br>500 Sansome St Ste 615<br>San Francisco, CA 94111-3222 | (u)WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT<br>Baer Timberlake, PC<br>Matthew J. Hudspeth<br>PO Box 18486<br>Oklahoma City73154 |

End of Label Matrix
Mailable recipients    190
Bypassed recipients      6
Total                  196