IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



IN RE: )
)
NGUYEN WIN PROPERTIES, LLC, ) Case No. 25-11795-T
) (Chapter 11)
Debtor. )

Filed/Docketed
Feb 18, 2026

## AGREED TO ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW STATE COURT CASE TO CONTINUE

THIS MATTER comes on before the Court on Orin Path LLC's Motion to Modify Automatic Stay in order to Allow State Court Case to Continue to Final Adjudication and Notice of Opportunity for Hearing filed herein on January 29, 2026. [Doc. 69].

Upon consideration of the matter, and being fully advised in the premise, the Court finds that the parties have entered into a stipulation and agreement, which the Court hereby accepts and adopts.

Accordingly, it is hereby stipulated and agreed to that the Automatic Stay pursuant to 11 U.S.C. § 362(a) is hereby modified to allow Tulsa County District Court Case CJ-2022-2324, and styled Orion Path, LLC, Plaintiff vs. Paul Nguyen and Nguyen Win Properties, LLC, Defendants, to continue and proceed to final adjudication therein, including any ancillary and appellate matters that might arise therefrom so that any final judgment entered by the State Court can become final provided that any potential judgment entered against Defendant Nguyen Win Properties, LLC may not be executed against the Debtor nor shall any potential Judgment Lien be filed/recorded against any property of the Debtor's bankruptcy estate.

**IT IS THEREFORE ORDERED** that the Automatic Stay pursuant to 11 U.S.C. § 362(a) is hereby modified as agreed to herein.

DATED: February 18, 2026

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

**AGREED TO:**

s/Ron D. Brown (02-12-2026)
Ron D. Brown, OBA # 16352
1609 East 4th St.
Tulsa, OK 74120
Ph:  (918) 585-9500
ron@ronbrownlaw.com

***ATTORNEY FOR DEBTOR***

s/Richard A. Chapman
Richard A. Chapman, OBA # 17849
1524 W. 118th St.
Jenks, OK 74037-4286
Ph: (918) 688-9340
richardchapmanattorney@gmail.com

***ATTORNEY FOR MOVANT***